Tribble, Wanda R      Sex:F      BD:09/26/1940      MR#:000013715      **Print this Page**

**FINE NEEDLE**                                          PT#:32350524

**Aug 22, 2005 12:29**

Patient: TRIBBLE, WANDA R.
Case #: FN05-493
FINE NEEDLE BIOPSY
Source of Specimen(s)
A: Left Breast Mass FNA

DIAGNOSIS
Breast, left, fine needle aspiration:
 Highly suspicious for carcinoma, see comment.
Comment
Cytologic features highly suggestive of invasive lobular carcinoma are
present. Confirmation by tissue biopsy (core or excision) is recommended
for confirmation.
Dr. Sibley has reviewed this case and concurs. Dr. Robertson was informed
on 8/23/05.
Examination and Diagnosis by: Patrick N. Costello, MD
Electronic Signature, 8/23/2005

Clinical History
History of right breast carcinoma, has a 1.1 cm lesion in the left breast
which is solid, palpable, and there is high clinical suspicion of
malignancy.
Gross Description
25 ml fluid in fixative and six spray-fixed slides were received for pap
stain. An autocyte slide was prepared. Cell block was prepared and two H
\T\ E slides were cut.
Microscopic Description
The smeared slides and the autocyte slide show an monotonous population of
atypical epithelial cells, which show poor cluster formation, numerous
background single cells, and mild cytologic atypia. These cells have high
NC ratio, mild nuclear variability, and irregular chromatin pattern. They
have scant cytoplasm, which frequently shows eccentricity and a vacuole. In
the background, there is no evidence of a secondary population, no stromal
fragments. The cell block does not show intact tissue, but shows clusters
of epithelial cells similar to those described on the smears.

Page created: Thursday, October 13, 2005 11:40 AM For: POSDLW

Top of Page

Print this Page

Tribble, Wanda R          Sex:F          BD:09/26/1940          MR#:000013715          PT#:32350524

**GYN CYTOLOGY**

May 19, 2005 10:17

```
Patient:  TRIBBLE, WANDA R.
Case #:   P05-11393
GYNECOLOGIC CYTOLOGY (PAP SMEAR)
Source of Specimen(s)
A: Cervical/Endocervical Liquid based specimen
RESULT/ INTERPRETATION
NEGATIVE FOR INTRAEPITHELIAL LESION OR MALIGNANCY.
Specimen Adequacy:  Satisfactory for evaluation.
Endocervical transformation zone is present.


Screened by:  Angie Davis, CT(ASCP)
Verified by;  Angie Davis, CT(ASCP)
Electronic Signature,   5/25/2005
The Pap smear is a screening test and may not detect all cases of cervical
cancer and its precursors.  False negative and false positive results may
occur.  A negative Pap smear does not rule out cervicovaginal disease.
Automated screening and manual rescreening of Pap smears is available
upon request.


Clinical History
Date of Last Menstrual Period:  7/1983
Other Clinical Conditions:  Other: Prev abn cells
```

Tribble, Wanda R        Sex:F        BD:09/26/1940        MR#:000013715

**SURG PATH**

Print this Page
PT#:32350524

**Jan 20, 2005 07:52**

Patient:  TRIBBLE, WANDA R.
Case #:   S05-1256
SURGICAL PATHOLOGY
Source of Specimen(s)
A: Mass left breast

DIAGNOSIS
Left breast, wide local excision:
  1. Intraductal papilloma.
  2. Hemorrhage, fat necrosis, and repair.
  3. No evidence of in-situ carcinoma or invasive malignancy.
Comment
I assume the reactive changes are reflective of the recent mammotome
directed biopsies in this breast.  I see no evidence of in-situ or invasive
malignancy.
Examination and Diagnosis by:  David A. Sibley, MD
Electronic Signature, 1/24/2005

Clinical History
Please send copy of radiograph back to Room 1, to Dr. Robertson.
Gross Description
I. GENERAL
A. Label: mass left breast
B. Fixative: formalin
C. Mammogram: a radiograph and ultrasound photograph accompanied the
specimen
D. Orientation: not given
E. Dimensions: 3.0 x 2.0 x 1.7 cm
F. Skin ellipse: not present
G. Localization needle: a localization wire is identified
H. External appearance: firm, tan, fibrous tissue with a small amount of
yellow adipose tissue
I.   Ink: black
II. NON-TUMOR BREAST TISSUE
A. Description: the cut surface reveals a firm, tan, multi-nodular surface
with an eccentric, cystic cavity measuring 1.5 x 0.6 x 0.6 cm, which
contains red-brown clotted blood.  This cystic cavity grossly approaches the
nearest surgical margin by 0.1 cm.  The specimen is sequentially submitted
in its entirety from the localization wire toward the radio-opaque clip in
A1 (2), A2 (2), A3-A6 (1 each) and A7 (2).
TERESA BARKER, PA: 1/21/2005



8014102   AREA/ROUTE/STOP: QTRIOO2
MCLEOD CANCER & BLOOD CENTER
SUITE 401
310 N STATE OF FRANKLIN RD
JOHNSON CITY, TN 37604-6008

**Quest Diagnostics**®

| PATIENT NAME | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|
| TRIBBLE, WANDA | 944 | | | 63 | F | LAMB, M RAY |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 2819198 | AT985403V | | 04232004 1:00 PM | 04232004 | 04242004 | 5: |

REMARKS

EA.

SS#: 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                                                    FASTING:

| REPORT STATUS | TEST | RESULT | | UNITS | REFERENCE RANGE |
|---|---|---|---|---|---|
| FINAL | | IN RANGE | OUT OF RANGE | | |

Date of Birth: 09/26/1940
COMPREHENSIVE METABOLIC
   PANEL

| | | | | |
|---|---|---|---|---|
| GLUCOSE | | 155 H | MG/DL | 65-99 |
| | | | | FASTING REFERENCE INTERVAL |
| UREA NITROGEN (BUN) | | 6 L | MG/DL | 7-25 |
| CREATININE | 0.8 | | MG/DL | 0.5-1.2 |
| BUN/CREATININE RATIO | 8 | | (CALC) | 6-25 |
| SODIUM | 139 | | MMOL/L | 135-146 |
| POTASSIUM | 4.5 | | MMOL/L | 3.5-5.3 |
| CHLORIDE | 103 | | MMOL/L | 98-110 |
| CARBON DIOXIDE | 23 | | MMOL/L | 21-33 |
| CALCIUM | 10.1 | | MG/DL | 8.5-10.4 |
| PROTEIN, TOTAL | 7.7 | | G/DL | 6.0-8.3 |
| ALBUMIN | 4.6 | | G/DL | 3.2-4.6 |
| GLOBULIN | 3.1 | | G/DL (CALC) | 2.2-4.2 |
| ALBUMIN/GLOBULIN RATIO | 1.5 | | (CALC) | 0.8-2.0 |
| BILIRUBIN, TOTAL | 0.4 | | MG/DL | 0.2-1.3 |
| ALKALINE PHOSPHATASE | 109 | | U/L | 20-125 |
| AST | 24 | | U/L | 2-35 |
| ALT | 37 | | U/L | 2-40 |

        >> END OF REPORT - TRIBBLE, WANDA AT985403V <<

KM

INDICATES TESTING SITE SEE REVERSE SIDE



LABORAT No. 5645 PC P. 65/178

Quest Diagnostics

---

B014102  AREA/ROUTE/B   : QTRI002
MCLEOD CANCER & BLOOD CENTER
SUITE 401
310 N STATE OF FRANKLIN RD
JOHNSON CITY, TN 37604-6008

| PATIENT NAME | PATIENT ID | | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|---|
| TRIBBLE, WANDA | | | | 62 | F | LAMB, M RAY |

| PAGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 0148766 | AT316112M | | 04252003 2:00 PM | 04252003 | 04262003 | 5:5 |

REMARKS

EAS
T

SS#: 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

| REPORT STATUS | FINAL | TEST | RESULT | | UNITS | REFERENCE RANGE |
|---|---|---|---|---|---|---|
| | | | IN RANGE | OUT OF RANGE | | |

Date of Birth: 09/26/1940
COMPREHENSIVE METABOLIC
  PANEL

| | | | | | | |
|---|---|---|---|---|---|---|
| GLUCOSE | | | 116 H | MG/DL | 65-109 | |
| | | | | | FASTING REFERENCE INTERVAL | |
| UREA NITROGEN (BUN) | 8 | | | MG/DL | 7-25 | |
| CREATININE | 0.8 | | | MG/DL | 0.5-1.2 | |
| BUN/CREATININE RATIO | 10 | | | (CALC) | 6-25 | |
| SODIUM | 142 | | | MMOL/L | 135-146 | |
| POTASSIUM | 4.1 | | | MMOL/L | 3.5-5.3 | |
| CHLORIDE | 108 | | | MMOL/L | 98-110 | |
| CARBON DIOXIDE | 25 | | | MMOL/L | 21-33 | |
| CALCIUM | 9.4 | | | MG/DL | 8.5-10.4 | |
| PROTEIN, TOTAL | 7.0 | | | G/DL | 6.0-8.3 | |
| ALBUMIN | 4.3 | | | G/DL | 3.2-4.6 | |
| GLOBULIN | 2.7 | | | G/DL (CALC) | 2.2-4.2 | |
| ALBUMIN/GLOBULIN RATIO | 1.6 | | | (CALC) | 0.8-2.0 | |
| BILIRUBIN, TOTAL | 0.4 | | | MG/DL | 0.2-1.3 | |
| ALKALINE PHOSPHATASE | 60 | | | U/L | 20-125 | |
| AST | | | 51 H | U/L | 2-35 | |
| ALT | | | 45 H | U/L | 2-40 | |

      >> END OF REPORT - TRIBBLE, WANDA AT316112M <<



1

INDICATES TESTING SITE SEE REVERSE SIDE



**Quest Diagnostics**

8014317   AREA/ROUTE/STOP: JOH0000
ROBERT G DUNWORTH, MD
SUITE 25
408 STATE OF FRANKLIN RD
JOHNSON CITY, TN 37604-6035

| PATIENT NAME | PATIENT ID | ROOM NO. | AGE | SEX | PHYSICIAN |
|---|---|---|---|---|---|
| TRIBBLE, WANDA R | | | 61 | | DUNWORTH, ROBERT G |

| AGE | REQUISITION NO. | ACCESSION NO. | LAB REF. # | COLLECTION DATE & TIME | LOG-IN-DATE | REPORT DATE | & TIME |
|---|---|---|---|---|---|---|---|
| 1 | 3136624 | AT656047F | | | 07122002 | 07162002 | 8:19AM |

REMARKS

EASTERN TIME

SS#: 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

| REPORT STATUS | TEST | RESULT IN RANGE | OUT OF RANGE | UNITS | REFERENCE RANGE | SITE CODE |
|---|---|---|---|---|---|---|
| FINAL | | | | | | |

Date of Birth: 09/26/1940

PATHOLOGY REPORT

PATHOLOGY NUMBER: HS02046853

PATHOLOGY REPORT                  AT
    PATHOLOGICAL DIAGNOSIS:

     ENDOMETRIUM (BIOPSY): SMALL AND SUPERFICIAL FRAGMENTS OF CYSTICALLY
     DILATED ENDOMETRIAL GLANDS AND FIBROUS STROMA. (SEE COMMENT).

     COMMENT: Tissue submitted is scanty for endometrial evaluation.

CLINICAL HISTORY:

     Abn u/s thickening endometrium on tamoxifen, postmeno

TISSUE:

     Endometrial bx

GROSS DESCRIPTION:

     Labeled 'endometrial biopsy' - received in formalin is a 1.5 x 1 x .1
     cm aggregate of fragmented tan-red tissues and clotted blood. The
     specimen is entirely submitted in one block.         JS/rn

MICROSCOPIC DESCRIPTION:

     Microscopic examination supports the above diagnosis.
     07/15/02    LAL/lmr

PATHOLOGIST:           L. A. LIENDO, M.D. - ELECT. SIGNATURE
                  (770) 934 - 9200    EXT - 2516

*[handwritten notes: Tamoxifen effect / No Rx / JRD / 926.1004 WB / 1907 / pt notified / 7.17.02 / plans hysterectomy / 1-03]*

       >> END OF REPORT - TRIBBLE, WANDA R AT656047F <<

# LABORATORY CORPORATION OF AMERICA

| SPECIMEN 073-045-0730-0 | TYPE S | PRIMARY LAB BN | REPORT STATUS COMPLETE | Page #: 1 |
|---|---|---|---|---|

**ADDITIONAL INFORMATION**

SS#408689136      FASTING: N
KINCAID W      PHONE: 000-926-1004   DOB: 9/26/1940

**CLINICAL INFORMATION**
CD- 91046620134

| PHYSICIAN ID. KINCAID | PATIENT ID. 003377 00 |
|---|---|

ACCOUNT: MCCLEOD CANCER

| PATIENT NAME | SEX | AGE(YR./MOS.) |
|---|---|---|
| TRIBBLE, WANDA R | F | 61 / 5 |

PT. ADD.: 119 WOODLAND RD.

Johnson City      TN      37601-0000

310 STATE OF FRANKLIN RD SUITE 401
JOHNSON CITY    TN   37604-6063
ACCOUNT NUMBER: 41600170

| DATE OF SPECIMEN | TIME | DATE RECEIVED | DATE REPORTED | TIME | |
|---|---|---|---|---|---|
| 3/14/2002 | 13:51 | 3/14/2002 | 3/15/2002 | 5:38 | 4000 |

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| COMP. METABOLIC PANEL (14) | | | | |
| Glucose, Serum | 84 | mg/dL | 65 - 109 | BN |
| BUN | 7 | mg/dL | 5 - 26 | BN |
| Creatinine, Serum | .8 | mg/dL | .5 - 1.5 | BN |
| BUN/Creatinine Ratio | 8 | | | |
| Sodium, Serum | 140 | mmol/L | 135 - 148 | BN |
| Potassium, Serum | 4.4 | mmol/L | 3.5 - 5.5 | BN |
| Chloride, Serum | 101 | mmol/L | 96 - 109 | BN |
| Carbon Dioxide, Total | 25 | mmol/L | 20 - 32 | BN |
| Calcium, Serum | 9.4 | mg/dL | 8.5 - 10.6 | BN |
| Protein, Total, Serum | 7.0 | g/dL | 6.0 - 8.5 | BN |
| Albumin, Serum | 4.4 | g/dL | 3.6 - 4.8 | BN |
| Globulin, Total | 2.6 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.6 | | 1.1 - 2.5 | |
| Bilirubin, Total | .5 | mg/dL | .1 - 1.2 | |
| Alkaline Phosphatase, Serum | 69 | IU/L | 25 - 165 | BN |
| > AST (SGOT) | 49 H | IU/L | 0 - 40 | BN |
| > ALT (SGPT) | 43 H | IU/L | 0 - 40 | BN |

LAB: BN LABCORP BURLINGTON      DIRECTOR: FRANK HANCOCK MD
1447 YORK COURT, BURLINGTON, NC 27215-2230

Results are Flagged in Accordance with Age Dependent Reference Ranges
Last Page of Report

## LABORATORY CORPORATION OF AMERICA

| SPECIMEN 103-045-0644-0 | TYPE S | PRIMARY LAB BN | REPORT STATUS COMPLETE | PAGE 1 |
|---|---|---|---|---|

ADDITIONAL    INFORMATION

SS#408689136
TABOR   D                        PHONE:423-926-1004    DOB: 9/26/1940

| CLINICAL    INFORMATION CD- 91743130113 |
|---|

| PATIENT NAME TRIBBLE,WANDA R | SEX F | AGE(YR./MOS.) 60/ 6 |
|---|---|---|

| PHYSICIAN ID. tabor | PATIENT ID. 00337700 |
|---|---|

PT. ADD.: 119 WOODLAND RD
          JOHNSON CITY             TN                  37601-0000

ACCOUNT:MCCLEOD CANCER & BLOOD CENTER

310 STATE OF FRANKLIN RD SUITE
JOHNSON CITY    TN 37604-6063
ACCOUNT NUMBER = 41600170

| DATE OF SPECIMEN 4/13/2001 | TIME 9:56 | DATE RECEIVED 4/13/2001 | DATE REPORTED 4/17/2001 | TIME 5:52 | 6267 |
|---|---|---|---|---|---|

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| COMP. METABOLIC PANEL (14) | | | | |
| ► Glucose, Serum | 114 H | mg/dL | 65 - 109 | BN |
| BUN | 6 | mg/dL | 5 - 26 | BN |
| Creatinine, Serum | .9 | mg/dL | .5 - 1.5 | BN |
| BUN/Creatinine Ratio | 6 | | | |
| Sodium, Serum | 140 | mmol/L | 135 - 148 | BN |
| Potassium, Serum | 4.1 | mmol/L | 3.5 - 5.5 | BN |
| Chloride, Serum | 105 | mmol/L | 96 - 109 | BN |
| Carbon Dioxide, Total | 27 | mmol/L | 20 - 32 | BN |
| Calcium, Serum | 9.4 | mg/dL | 8.5 - 10.6 | BN |
| Protein, Total, Serum | 7.0 | g/dL | 6.0 - 8.5 | BN |
| Albumin, Serum | 4.0 | g/dL | 3.6 - 4.8 | BN |
| Globulin, Total | 3.0 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.3 | | 1.1 - 2.5 | |
| Bilirubin, Total | .6 | mg/dL | .1 - 1.2 | BN |
| Alkaline Phosphatase, Serum | 97 | IU/L | 25 - 165 | BN |
| AST (SGOT) | 29 | IU/L | 0 - 40 | BN |
| ALT (SGPT) | 20 | IU/L | 0 - 40 | BN |
| CANCER ANTIGEN (CA) 15-3 | | | | |
| Cancer Antigen 15-3 | 19.3 | U/mL | .0 - 31.3 | BN |

Test results were obtained by the Abbott MEIA methodology.
Values obtained with different assay methodologies should not
be used interchangeably in serial CA 15-3 testing.  Assay
results should not be interpreted as absolute evidence of the
presence or absence of malignant disease.

LAB: BN LABCORP BURLINGTON          DIRECTOR: FRANK    HANCOCK        MD
1447 YORK COURT, BURLINGTON,  NC 27215-2230

LAST PAGE OF REPORT

Results are Flagged in Accordance with Age Dependent Reference Ranges

## LABORATORY OF CORPORATION OF AMERICA



| SPECIMEN 287-045-0662-0 | TYPE S | PRIMARY LAB BN | REPORT STATUS COMPLETE | PAGE | 1 |
|---|---|---|---|---|---|

ADDITIONAL     INFORMATION

SS#408689136

PHONE: 423-926-1004     DOB: 9/26/1940

| PATIENT NAME TRIBBLE, WANDA R R | SEX F | AGE (YR./MOS.) 60/ |
|---|---|---|

PT. ADD.: 119 WOODLAND RD
JOHNSON CITY                TN                37601-0000

| DATE OF SPECIMEN 10/13/2000 | TIME 13:04 | DATE RECEIVED 10/13/2000 | DATE REPORTED 10/17/2000 | TIME 6:16 | 1749 |
|---|---|---|---|---|---|

| CLINICAL     INFORMATION CD- 91743095911 | |
|---|---|
| PHYSICIAN ID. tabor | PATIENT ID. 00337700 |

ACCOUNT: MCCLEOD CANCER & BLOOD CENTER

310 STATE OF FRANKLIN RD SUITE
JOHNSON CITY     TN 37604-6063
ACCOUNT  NUMBER  =  41600170

| TEST | RESULT | | LIMITS | | LAB |
|---|---|---|---|---|---|
| CMP12+7AC | | | | | |
| Glucose, Serum | 164 H | mg/dL | 65 | – 109 | BN |
| Uric Acid, Serum | 6.0 | mg/dL | 1.5 | – 6.7 | BN |
| BUN | 11 | mg/dL | 5 | – 26 | BN |
| Creatinine, Serum | .9 | mg/dL | .5 | – 1.5 | BN |
| BUN/Creatinine Ratio | 12 | | | | |
| Sodium, Serum | 142 | mEq/L | 135 | – 148 | BN |
| Potassium, Serum | 4.1 | mEq/L | 3.5 | – 5.5 | BN |
| Chloride, Serum | 106 | mEq/L | 96 | – 109 | BN |
| Osmolality (Calc) | 295 | mOsm/kg | 275 | – 295 | |
| Calcium, Serum | 9.1 | mg/dL | 8.5 | – 10.6 | BN |
| Phosphorus, Serum | 3.6 | mg/dL | 2.5 | – 4.5 | BN |
| Protein, Total, Serum | 6.3 | g/dL | 6.0 | – 8.5 | BN |
| Albumin, Serum | 3.7 | g/dL | 3.6 | – 4.8 | BN |
| Globulin, Total | 2.6 | g/dL | 1.5 | – 4.5 | |
| A/G Ratio | 1.4 | | 1.1 | – 2.5 | |
| Bilirubin, Total | .4 | mg/dL | .1 | – 1.2 | BN |
| Alkaline Phosphatase, Serum | 63 | IU/L | 25 | – 165 | BN |
| LDH | 146 | IU/L | 100 | – 250 | BN |
| AST (SGOT) | 32 | IU/L | 0 | – 45 | BN |
| ALT (SGPT) | 25 | IU/L | 0 | – 50 | BN |
| GGT | 21 | IU/L | 0 | – 70 | BN |
| Cholesterol, Total | 136 | mg/dL | 100 | – 199 | BN |
| Triglycerides | 149 | mg/dL | 0 | – 199 | BN |
| CANCER ANTIGEN (CA) 15-3 | | | | | |
| Cancer Antigen 15-3 | 15.4 | U/mL | .0 | – 31.3 | BN |

Test results were obtained by the Abbott MEIA methodology.
Values obtained with different assay methodologies should not
be used interchangeably in serial CA 15-3 testing. Assay
results should not be interpreted as absolute evidence of the
presence or absence of malignant disease.

LAB: BN LABCORP BURLINGTON            DIRECTOR: FRANK      HANCOCK MD
1447 YORK COURT, BURLINGTON,  NC 27215-2230

LAST PAGE OF REPORT

Results are Flagged in Accordance with Age Dependent Reference Ranges

## LABORATORY _OF_ RATION OF AMERICA

| SPECIMEN 287-045-0662-0 | TYPE S | PRIMARY LAB BN | REPORT STATUS PARTIAL | PAGE 1 |
|---|---|---|---|---|

ADDITIONAL     INFORMATION

SS#408689136

PHONE:423-926-1004     DOB: 9/26/1940

| PATIENT NAME TRIBBLE,WANDA R R | SEX F | AGE(YR./MOS.) 60/ |
|---|---|---|

PT. ADD.: 119 WOODLAND RD
JOHNSON CITY                    TN                    37601-0000

| DATE OF SPECIMEN 10/13/2000 | DATE RECEIVED 10/13/2000 | DATE REPORTED 10/14/2000 | TIME 8:45 | 1723 |
|---|---|---|---|---|

| CLINICAL      INFORMATION CD- 91743095911 | |
|---|---|
| PHYSICIAN ID. tabor | PATIENT ID. 00337700 |

ACCOUNT:MCCLEOD CANCER & BLOOD CENTER

310 STATE OF FRANKLIN RD SUITE
JOHNSON CITY     TN 37604-6063
ACCOUNT  NUMBER  -  41600170

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP12+7AC | | | | |
| ▶ Glucose, Serum | 164 H | mg/dL | 65 - 109 | BN |
| Uric Acid, Serum | 6.0 | mg/dL | 1.5 - 6.7 | BN |
| | | ***EFFECTIVE OCTOBER 30, 2000*** | | |
| | | The reference interval | | |
| | | will be changing to: | | |
| | | Male     2.4-8.2 mg/dL | | |
| | | Female   2.4-8.2 mg/dL | | |
| BUN | 11 | mg/dL | 5 - 26 | BN |
| Creatinine, Serum | .9 | mg/dL | .5 - 1.5 | BN |
| BUN/Creatinine Ratio | 12 | | | |
| Sodium, Serum | 142 | mEq/L | 135 - 148 | BN |
| Potassium, Serum | 4.1 | mEq/L | 3.5 - 5.5 | BN |
| Chloride, Serum | 106 | mEq/L | 96 - 109 | BN |
| Osmolality (Calc) | 295 | mOsm/kg | 275 - 295 | |
| Calcium, Serum | 9.1 | mg/dL | 8.5 - 10.6 | BN |
| Phosphorus, Serum | 3.6 | mg/dL | 2.5 - 4.5 | BN |
| Protein, Total, Serum | 6.3 | g/dL | 6.0 - 8.5 | BN |
| Albumin, Serum | 3.7 | g/dL | 3.6 - 4.8 | BN |
| Globulin, Total | 2.6 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.4 | | 1.1 - 2.5 | |
| Bilirubin, Total | .4 | mg/dL | .1 - 1.2 | BN |
| Alkaline Phosphatase, Serum | 63 | IU/L | 25 - 165 | BN |
| LDH | 146 | IU/L | 100 - 250 | BN |
| AST (SGOT) | 32 | IU/L | 0 - 45 | BN |
| | | ***EFFECTIVE OCTOBER 30, 2000*** | | |
| | | The ADULT REFERENCE INTERVAL | | |
| | | will be changing to: | | |
| | | 0-40 IU/L. | | |
| | | The PEDIATRIC REFERENCE | | |
| | | INTERVAL will remain the | | |
| | | same. | | |
| ALT (SGPT) | 25 | IU/L | 0 - 50 | BN |
| | | ***EFFECTIVE OCTOBER 30, 2000*** | | |
| | | The reference interval | | |
| | | will be changing to: | | |
| | | Male     0-40 IU/L | | |
| | | Female   0-40 IU/L | | |
| GGT | 21 | IU/L | 0 - 70 | BN |
| | | ***EFFECTIVE OCTOBER 30, 2000*** | | |
| | | The reference interval | | |

Results are Flagged in Accordance with Age Dependent Reference Ranges

# LABORATORY CORPORATION OF AMERICA

| SPECIMEN 287-045-0662-0 | TYPE S | PRIMARY LAB BN | REPORT STATUS PARTIAL | PAGE 2 |
|---|---|---|---|---|

ADDITIONAL          INFORMATION

88#408689136

PHONE:423-926-1004     DOB: 9/26/1940

| PATIENT NAME TRIBBLE,WANDA R R | SEX F | AGE(YR./MOS.) 60/ |
|---|---|---|

PT. ADD.: 119 WOODLAND RD
JOHNSON CITY          TN          37601-0000

| DATE OF SPECIMEN 10/13/2000 | TIME 13:04 | DATE RECEIVED 10/13/2000 | DATE REPORTED 10/14/2000 | TIME 8:45 | 1723 |
|---|---|---|---|---|---|

| CLINICAL INFORMATION CD- 91743095911 | |
|---|---|
| PHYSICIAN ID. tabor | PATIENT ID. 00337700 |

ACCOUNT:MCCLEOD CANCER & BLOOD CENTER

310 STATE OF FRANKLIN RD SUITE
JOHNSON CITY    TN 37604-6063
ACCOUNT NUMBER - 41600170

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| | | will be changing to: | | |
| | | Male | 0-65 IU/L | |
| | | Female | 0-60 IU/L | |
| Cholesterol, Total | 136 | mg/dL | 100 - 199 | BN |
| Triglycerides | 149 | mg/dL | 0 - 199 | BN |
| CANCER ANTIGEN (CA) 15-3 | | | | |
| Cancer Antigen 15-3 | *** NOT COMPLETED *** | | .0 - 31.3 | |

LAB: BN LABCORP BURLINGTON          DIRECTOR: FRANK     HANCOCK MD
1447 YORK COURT, BURLINGTON,   NC 27215-2230

## LAST PAGE OF REPORT

Results are Flagged in Accordance with Age Dependent Reference Ranges

# LABORATORY CORPORATION OF AMERICA

| SPECIMEN 210-045-0634-0 | TYPE S | PRIMARY LAB BN | REPORT STATUS PARTIAL | PAGE 1 |
|---|---|---|---|---|

ADDITIONAL     INFORMATION

868408689136

PHONE:423-926-1004    DOB:  9/26/1940

| CLINICAL     INFORMATION CD- 91743082520 | |
|---|---|

| PATIENT NAME TRIBBLE,WANDA R | SEX F | AGE(YR./MOS.) 59/10 |
|---|---|---|

| PHYSICIAN ID. tabor | PATIENT ID. 00337700 |
|---|---|

PT. ADD.: 119 WOODLAND RD
           JOHNSON CITY          TN          37601-0000

ACCOUNT:MCCLEOD CANCER & BLOOD CENTER

310 STATE OF FRANKLIN RD SUITE
JOHNSON CITY    TN 37604-6063
ACCOUNT NUMBER = 41600170

| DATE OF SPECIMEN 7/28/2000 | TIME 8:25 | DATE RECEIVED 7/28/2000 | DATE REPORTED 7/29/2000 | TIME 8:06 | 11 |
|---|---|---|---|---|---|

| TEST | RESULT | | LIMITS | | LAB |
|---|---|---|---|---|---|
| CMP12+7AC | | | | | |
| Glucose, Serum | 110 H | mg/dL | 65 | - 109 | BN |
| Uric Acid, Serum | 6.0 | mg/dL | 1.5 | - 6.7 | BN |
| BUN | 12 | mg/dL | 5 | - 26 | BN |
| Creatinine, Serum | .8 | mg/dL | .5 | - 1.5 | BN |
| BUN/Creatinine Ratio | 15 | | | | |
| Sodium, Serum | 140 | mEq/L | 135 | - 148 | BN |
| Potassium, Serum | 4.2 | mEq/L | 3.5 | - 5.5 | BN |
| Chloride, Serum | 107 | mEq/L | 96 | - 109 | BN |
| Osmolality (Calc) | 289 | mOsm/kg | 275 | - 295 | |
| Calcium, Serum | 9.2 | mg/dL | 8.5 | - 10.6 | BN |
| Phosphorus, Serum | 4.4 | mg/dL | 2.5 | - 4.5 | BN |
| Protein, Total, Serum | 6.7 | g/dL | 6.0 | - 8.5 | BN |
| Albumin, Serum | 4.0 | g/dL | 3.5 | - 5.5 | BN |
| Globulin, Total | 2.7 | g/dL | 1.5 | - 4.5 | |
| A/G Ratio | 1.4 | | 1.1 | - 2.5 | |
| Bilirubin, Total | .5 | mg/dL | .1 | - 1.2 | BN |
| Alkaline Phosphatase, Serum | 72 | IU/L | 25 | - 150 | BN |
| LDH | 173 | IU/L | 100 | - 250 | BN |
| AST (SGOT) | 34 | IU/L | 0 | - 45 | BN |
| ALT (SGPT) | 34 | IU/L | 0 | - 50 | BN |
| GGT | 22 | IU/L | 0 | - 70 | BN |
| Cholesterol, Total | 164 | mg/dL | 100 | - 199 | BN |
| Triglycerides | 156 | mg/dL | 0 | - 199 | BN |
| CANCER ANTIGEN (CA) 15-3 | | | | | |
| Cancer Antigen 15-3 | *** NOT COMPLETED *** | | .0 | - 31.3 | |

LAB: BN LABCORP BURLINGTON          DIRECTOR: FRANK     HANCOCK MD
1447 YORK COURT, BURLINGTON,  NC 27215-2230

LAST PAGE OF REPORT

Results are Flagged in Accordance with Age Dependent Reference Ranges



# LABORATORY CORPORATION OF AMERICA

| SPECIMEN 210-045-0634-0 | TYPE 8 | PRIMARY LAB BN | REPORT STATUS COMPLETE | PAGE 1 |
|---|---|---|---|---|

ADDITIONAL INFORMATION

SSN:408689136

PHONE:423-926-1004    DOB: 9/26/1940

| CLINICAL INFORMATION CD- 91743082520 | |
|---|---|

| PATIENT NAME TRIBBLE,WANDA R | SEX F | AGE(YR./MOS.) 59/10 |
|---|---|---|

| PHYSICIAN ID. tabor | PATIENT ID. 00337700 |
|---|---|

PT. ADD.: 119 WOODLAND RD
     JOHNSON CITY      TN      37601-0000

ACCOUNT:MCCLEOD CANCER & BLOOD CENTER

     310 STATE OF FRANKLIN RD SUITE
     JOHNSON CITY    TN 37604-6063
     ACCOUNT NUMBER = 41600170

| DATE OF SPECIMEN 7/28/2000 | TIME 8:25 | DATE RECEIVED 7/28/2000 | DATE REPORTED 8/01/2000 | TIME 5:58 | 20 |
|---|---|---|---|---|---|

| TEST | RESULT | | LIMITS | | LAB |
|---|---|---|---|---|---|
| CMP12+7AC | | | | | |
| ▸ Glucose, Serum | 110 H | mg/dL | 65 | - 109 | BN |
| Uric Acid, Serum | 6.0 | mg/dL | 1.5 | - 6.7 | BN |
| BUN | 12 | mg/dL | 5 | - 26 | BN |
| Creatinine, Serum | .8 | mg/dL | .5 | - 1.5 | BN |
| BUN/Creatinine Ratio | 15 | | | | |
| Sodium, Serum | 140 | mEq/L | 135 | - 148 | BN |
| Potassium, Serum | 4.2 | mEq/L | 3.5 | - 5.5 | BN |
| Chloride, Serum | 107 | mEq/L | 96 | - 109 | BN |
| Osmolality (Calc) | 289 | mOsm/kg | 275 | - 295 | |
| Calcium, Serum | 9.2 | mg/dL | 8.5 | - 10.6 | BN |
| Phosphorus, Serum | 4.4 | mg/dL | 2.5 | - 4.5 | BN |
| Protein, Total, Serum | 6.7 | g/dL | 6.0 | - 8.5 | BN |
| Albumin, Serum | 4.0 | g/dL | 3.5 | - 5.5 | BN |
| Globulin, Total | 2.7 | g/dL | 1.5 | - 4.5 | |
| A/G Ratio | 1.4 | | 1.1 | - 2.5 | |
| Bilirubin, Total | .5 | mg/dL | .1 | - 1.2 | BN |
| Alkaline Phosphatase, Serum | 72 | IU/L | 25 | - 150 | BN |
| LDH | 173 | IU/L | 100 | - 250 | BN |
| AST (SGOT) | 34 | IU/L | 0 | - 45 | BN |
| ALT (SGPT) | 34 | IU/L | 0 | - 50 | BN |
| GGT | 22 | IU/L | 0 | - 70 | BN |
| Cholesterol, Total | 164 | mg/dL | 100 | - 199 | BN |
| Triglycerides | 156 | mg/dL | 0 | - 199 | BN |
| CANCER ANTIGEN (CA) 15-3 | | | | | |
| Cancer Antigen 15-3 | 22.0 | U/mL | .0 | - 31.3 | BN |

Test results were obtained by the Abbott MEIA methodology.
Values obtained with different assay methodologies should not
be used interchangeably in serial CA 15-3 testing. Assay
results should not be interpreted as absolute evidence of the
presence or absence of malignant disease.

LAB: BN LABCORP BURLINGTON      DIRECTOR: FRANK     HANCOCK MD
1447 YORK COURT, BURLINGTON, NC 27215-2230

## LAST PAGE OF REPORT

Results are Flagged in Accordance with Age Dependent Reference Ranges

# LABORATORY CORPORATION OF AMERICA



Laboratory Corporation of America

| SPECIMEN 342-045-0517-0 | TYPE 8 | PRIMARY LAB BN | REPORT STATUS PARTIAL | PAGE 1 |
|---|---|---|---|---|

| ADDITIONAL     INFORMATION |
|---|
| PHONE:423-926-1004     DOB:  9/26/1940 |

| CLINICAL     INFORMATION CD- 91743050931 | |
|---|---|
| PHYSICIAN ID. TABOR | PATIENT ID. 00337700 |

| PATIENT NAME **TRIBBLE,WANDA R** | SEX F | AGE(YR./MOS.) 59/ 2 |
|---|---|---|

ACCOUNT:MCCLEOD CANCER & BLOOD CENTER

310 STATE OF FRANKLIN RD SUITE
JOHNSON CITY     TN 37604-6063
ACCOUNT NUMBER  -  41600170

PT. ADD.: 119 WOODLAND RD
JOHNSON CITY          TN          37601-0000

| DATE OF SPECIMEN 12/08/1999 | TIME 13:01 | DATE RECEIVED 12/08/1999 | DATE REPORTED 12/09/1999 | TIME 8:25 | 5470 |
|---|---|---|---|---|---|

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP12+ALT+Chol+GGT+LD+P+Tri... | | | | |
| ▶ Glucose, Serum | 112 H | mg/dL | 65 - 109 | BN |
| Uric Acid, Serum | 5.8 | mg/dL | 1.5 - 6.7 | BN |
| BUN | 6 | mg/dL | 5 - 26 | BN |
| Creatinine, Serum | .8 | mg/dL | .5 - 1.5 | BN |
| BUN/Creatinine Ratio | 7 | | | |
| Sodium, Serum | 142 | mEq/L | 135 - 148 | BN |
| Potassium, Serum | 4.1 | mEq/L | 3.5 - 5.5 | BN |
| Chloride, Serum | 105 | mEq/L | 96 - 109 | BN |
| Osmolality (Calculated) | 291 | mOsm/kg | 275 - 295 | |
| Calcium, Serum | 9.2 | mg/dL | 8.5 - 10.6 | BN |
| Phosphorus, Serum | 3.7 | mg/dL | 2.5 - 4.5 | BN |
| Protein, Total, Serum | 6.8 | g/dL | 6.0 - 8.5 | BN |
| Albumin, Serum | 3.9 | g/dL | 3.5 - 5.5 | BN |
| Globulin, Total | 2.9 | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.3 | | 1.1 - 2.5 | |
| Bilirubin, Total | .6 | mg/dL | .1 - 1.2 | BN |
| Alkaline Phosphatase, Serum | 106 | IU/L | 25 - 150 | BN |
| LDH | 175 | IU/L | 100 - 250 | BN |
| ▶ AST (SGOT) | 49 H | IU/L | 0 - 45 | BN |
| ALT (SGPT) | 33 | IU/L | 0 - 50 | BN |
| GGT | 40 | IU/L | 0 - 70 | BN |
| Cholesterol, Total | 176 | mg/dL | 100 - 199 | BN |
| ▶ Triglycerides | 292 H | mg/dL | 0 - 199 | BN |
| CANCER ANTIGEN (CA) 15-3 | | | | |
| Cancer Antigen 15-3 | *** NOT COMPLETED *** | | .0 - 31.3 | |

LAB: BN LABCORP BURLINGTON          DIRECTOR: FRANK     HANCOCK MD     DIR
1447 YORK COURT, BURLINGTON,  NC 27215-2230

LAST PAGE OF REPORT



Results are Flagged in Accordance with Age Dependent Reference Ranges

# LABORATORY CORPORATION OF AMERICA



| SPECIMEN<br>342-045-0517-0 | TYPE<br>8 | PRIMARY LAB<br>BN | REPORT STATUS<br>COMPLETE | PAGE   1 |
|---|---|---|---|---|

ADDITIONAL    INFORMATION

PHONE:423-926-1004    DOB: 9/26/1940

| PATIENT NAME<br>TRIBBLE,WANDA R | SEX<br>F | AGE(YR./MOS.)<br>59/ 2 |
|---|---|---|

PT. ADD.: 119 WOODLAND RD
JOHNSON CITY       TN       37601-0000

| DATE OF SPECIMEN   TIME<br>12/08/1999    13:01 | DATE RECEIVED<br>12/08/1999 | DATE REPORTED   TIME<br>12/10/1999   6:21 | 5482 |
|---|---|---|---|

| CLINICAL    INFORMATION<br>CD- 91743050931 | |
|---|---|
| PHYSICIAN ID.<br>TABOR | PATIENT ID.<br>00337700 |

ACCOUNT:MCCLEOD CANCER & BLOOD CENTER

310 STATE OF FRANKLIN RD SUITE
JOHNSON CITY    TN 37604-6063
ACCOUNT NUMBER = 41600170

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CMP12+ALT+Chol+GGT+LD+P+Tri... | | | | |
| ►   Glucose, Serum | 112 H | mg/dL | 65 - 109 | BN |
|     Uric Acid, Serum | 5.8 | mg/dL | 1.5 - 6.7 | BN |
|     BUN | 6 | mg/dL | 5 - 26 | BN |
|     Creatinine, Serum | .8 | mg/dL | .5 - 1.5 | BN |
|     BUN/Creatinine Ratio | 7 | | | |
|     Sodium, Serum | 142 | mEq/L | 135 - 148 | BN |
|     Potassium, Serum | 4.1 | mEq/L | 3.5 - 5.5 | BN |
|     Chloride, Serum | 105 | mEq/L | 96 - 109 | BN |
|     Osmolality (Calculated) | 291 | mOsm/kg | 275 - 295 | |
|     Calcium, Serum | 9.2 | mg/dL | 8.5 - 10.6 | BN |
|     Phosphorus, Serum | 3.7 | mg/dL | 2.5 - 4.5 | BN |
|     Protein, Total, Serum | 6.8 | g/dL | 6.0 - 8.5 | BN |
|     Albumin, Serum | 3.9 | g/dL | 3.5 - 5.5 | BN |
|     Globulin, Total | 2.9 | g/dL | 1.5 - 4.5 | |
|     A/G Ratio | 1.3 | | 1.1 - 2.5 | |
|     Bilirubin, Total | .6 | mg/dL | .1 - 1.2 | BN |
|     Alkaline Phosphatase, Serum | 106 | IU/L | 25 - 150 | BN |
|     LDH | 175 | IU/L | 100 - 250 | BN |
| ►   AST (SGOT) | 49 H | IU/L | 0 - 45 | BN |
|     ALT (SGPT) | 33 | IU/L | 0 - 50 | BN |
|     GGT | 40 | IU/L | 0 - 70 | BN |
|     Cholesterol, Total | 176 | mg/dL | 100 - 199 | BN |
| ►   Triglycerides | 292 H | mg/dL | 0 - 199 | BN |
| CANCER ANTIGEN (CA) 15-3 | | | | |
|     Cancer Antigen 15-3 | 18.3 | U/mL | .0 - 31.3 | BN |

Test results were obtained by the Abbott MEIA methodology.
Values obtained with different assay methodologies should not
be used interchangeably in serial CA 15-3 testing. Assay
results should not be interpreted as absolute evidence of the
presence or absence of malignant disease.

LAB: BN LABCORP BURLINGTON       DIRECTOR: FRANK     HANCOCK MD     DIR
1447 YORK COURT, BURLINGTON, NC 27215-2230

LAST PAGE OF REPORT

Results are Flagged in Accordance with Age Dependent Reference Ranges

## LABORATORY CORPORATION OF AMERICA

**LabCorp**
Laboratory Corporation of America

| SPECIMEN 239-045-0555-0 | TYPE S | PRIMARY LAB BN | REPORT STATUS PARTIAL | PAGE 1 |
|---|---|---|---|---|

ADDITIONAL INFORMATION

PHONE:423-926-1004      DOB: 9/26/1940

| PATIENT NAME TRIBBLE,WANDA R | SEX F | AGE(YR./MOS.) 58/11 |
|---|---|---|

PT. ADD.: 119 WOODLAND RD
JOHNSON CITY          TN          37601-0000

| DATE OF SPECIMEN 8/27/1999 | TIME 8:20 | DATE RECEIVED 8/27/1999 | DATE REPORTED 8/28/1999 | TIME 8:13 | 4200 |
|---|---|---|---|---|---|

CLINICAL INFORMATION
CD- 91743042631

| PHYSICIAN ID. TABOR | PATIENT ID. 00337700 |
|---|---|

ACCOUNT:MCCLEOD CANCER & BLOOD CENTER

310 STATE OF FRANKLIN RD SUITE
JOHNSON CITY     TN 37604-6063
ACCOUNT NUMBER = 41600170

| TEST | RESULT | | LIMITS | | LAB |
|---|---|---|---|---|---|
| CMP12+ALT+Chol+GGT+LD+P+Tri... | | | | | |
| ▶ Glucose, Serum | 150 H | mg/dL | 65 - 109 | | BN |
| Uric Acid, Serum | 5.7 | mg/dL | 1.5 - 6.7 | | BN |
| BUN | 10 | mg/dL | 5 - 26 | | BN |
| Creatinine, Serum | .8 | mg/dL | .5 - 1.5 | | BN |
| BUN/Creatinine Ratio | 12 | | | | |
| Sodium, Serum | 138 | mEq/L | 135 - 148 | | BN |
| Potassium, Serum | 4.3 | mEq/L | 3.5 - 5.5 | | BN |
| Chloride, Serum | 106 | mEq/L | 96 - 109 | | BN |
| Osmolality (Calculated) | 286 | mOsm/kg | 275 - 295 | | |
| ▶ Calcium, Serum | 8.2L | mg/dL | 8.5 - 10.6 | | BN |
| Phosphorus, Serum | *** NOT COMPLETED *** | | 2.5 - 4.5 | | |
| Protein, Total, Serum | 6.8 | g/dL | 6.0 - 8.5 | | BN |
| Albumin, Serum | 3.9 | g/dL | 3.5 - 5.5 | | BN |
| Globulin, Total | 2.9 | g/dL | 1.5 - 4.5 | | |
| A/G Ratio | 1.3 | | 1.1 - 2.5 | | |
| Bilirubin, Total | .6 | mg/dL | .1 - 1.2 | | BN |
| Alkaline Phosphatase, Serum | 78 | IU/L | 25 - 150 | | BN |
| LDH | 198 | IU/L | 100 - 250 | | BN |
| ▶ AST (SGOT) | 46 H | IU/L | 0 - 45 | | BN |
| ALT (SGPT) | 38 | IU/L | 0 - 50 | | BN |
| GGT | *** NOT COMPLETED *** | | 0 - 70 | | |
| Cholesterol, Total | 168 | mg/dL | 100 - 199 | | BN |
| Triglycerides | 188 | mg/dL | 0 - 199 | | BN |

LAB: BN LABCORP BURLINGTON          DIRECTOR: FRANK     HANCOCK MD     DIR
1447 YORK COURT, BURLINGTON, NC 27215-2230

LAST PAGE OF REPORT

Results are Flagged in Accordance with Age Dependent Reference Ranges



## LABORATORY CORPORATION OF AMERICA

| SPECIMEN 239-045-0555-0 | TYPE S | PRIMARY LAB BN | REPORT STATUS COMPLETE | PAGE 1 |
|---|---|---|---|---|

ADDITIONAL    INFORMATION

PHONE:423-926-1004    DOB: 9/26/1940

| PATIENT NAME TRIBBLE,WANDA R | SEX F | AGE (YR./MOS.) 58/11 |
|---|---|---|

PT. ADD.: 119 WOODLAND RD
JOHNSON CITY          TN                    37601-0000

| DATE OF SPECIMEN 9/27/1999 | TIME 8:20 | DATE RECEIVED 8/27/1999 | DATE REPORTED 8/30/1999 | TIME 3:39 | 4205 |
|---|---|---|---|---|---|

CLINICAL    INFORMATION
CD- 91743042631

| PHYSICIAN  ID. TABOR | PATIENT ID. 00237700 |
|---|---|

ACCOUNT:MCCLEOD CANCER & BLOOD CENTER

310 STATE OF FRANKLIN RD SUITE
JOHNSON CITY    TN 37604-6063
ACCOUNT NUMBER = 41600170

| TEST | RESULT | | LIMITS | | LAB |
|---|---|---|---|---|---|
| CMP12+ALT+Chol+GGT+LD+P+Tri... | | | | | |
| ► Glucose, Serum | 150 H | mg/dL | 65 - 109 | | BN |
| Uric Acid, Serum | 5.7 | mg/dL | 1.5 - 6.7 | | BN |
| BUN | 10 | mg/dL | 5 - 26 | | BN |
| Creatinine, Serum | .8 | mg/dL | .5 - 1.5 | | BN |
| BUN/Creatinine Ratio | 12 | | | | |
| Sodium, Serum | 138 | mEq/L | 135 - 148 | | BN |
| Potassium, Serum | 4.3 | mEq/L | 3.5 - 5.5 | | BN |
| Chloride, Serum | 106 | mEq/L | 96 - 109 | | BN |
| Osmolality (Calculated) | 286 | mOsm/kg | 275 - 295 | | |
| ► Calcium, Serum | 8.2 L | mg/dL | 8.5 - 10.6 | | BN |
| Phosphorus, Serum | 3.8 | mg/dL | 2.5 - 4.5 | | BN |
| Protein, Total, Serum | 6.8 | g/dL | 6.0 - 8.5 | | BN |
| Albumin, Serum | 3.9 | g/dL | 3.5 - 5.5 | | BN |
| Globulin, Total | 2.9 | g/dL | 1.5 - 4.5 | | |
| A/G Ratio | 1.3 | | 1.1 - 2.5 | | |
| Bilirubin, Total | .6 | mg/dL | .1 - 1.2 | | BN |
| Alkaline Phosphatase, Serum | 78 | IU/L | 25 - 150 | | BN |
| LDH | 198 | IU/L | 100 - 250 | | BN |
| ► AST (SGOT) | 46 H | IU/L | 0 - 45 | | BN |
| ALT (SGPT) | 38 | IU/L | 0 - 50 | | BN |
| GGT | 38 | IU/L | 0 - 70 | | BN |
| Cholesterol, Total | 168 | mg/dL | 100 - 199 | | BN |
| Triglycerides | 188 | mg/dL | 0 - 199 | | BN |

LAB: BN LABCORP BURLINGTON          DIRECTOR: FRANK    HANCOCK MD    DIR
1447 YORK COURT, BURLINGTON,  NC 27215-2230

LAST PAGE OF REPORT

Results are Flagged in Accordance with Age Dependent Reference Ranges

# LABORATORY CORPORATION OF AMERICA



| SPECIMEN 116-045-0529-0 | TYPE S | PRIMARY LAB BN | REPORT STATUS COMPLETE | PAGE 1 |
|---|---|---|---|---|

ADDITIONAL    INFORMATION

PHONE:000-926-1004    DOB: 9/26/40

| PATIENT NAME TRIBBLE,WANDA R | SEX F | AGE(YR./MOS.) 58/ 7 |
|---|---|---|

PT. ADD.: 119 WOODLAND RD
JOHNSON CITY          TN          37601-0000

| DATE OF SPECIMEN 4/26/1999 | TIME 8:17 | DATE RECEIVED 4/26/1999 | DATE REPORTED 4/28/1999 | TIME 6:23 | 2406 |
|---|---|---|---|---|---|

CLINICAL    INFORMATION
CD- 91743028780

| PHYSICIAN ID. TABOR | PATIENT ID. 00337700 |
|---|---|

ACCOUNT:MCCLEOD CANCER & BLOOD CENTER

310 STATE OF FRANKLIN RD SUITE
JOHNSON CITY    TN 37604-6063
ACCOUNT NUMBER = 41600170

| TEST | RESULT | | LIMITS | | LAB |
|---|---|---|---|---|---|
| CMP12+ALT+Chol+GGT+LD+P+Tri... | | | | | |
| Glucose, Serum | 99 | mg/dL | 65 | - 109 | BN |
| Uric Acid, Serum | 5.7 | mg/dL | 1.5 | - 6.7 | BN |
| BUN | 14 | mg/dL | 5 | - 26 | BN |
| Creatinine, Serum | .9 | mg/dL | .5 | - 1.5 | BN |
| BUN/Creatinine Ratio | 15 | | | | |
| Sodium, Serum | 137 | mEq/L | 135 | - 148 | BN |
| Potassium, Serum | 4.8 | mEq/L | 3.5 | - 5.5 | BN |
| Chloride, Serum | 101 | mEq/L | 96 | - 109 | BN |
| Osmolality (Calculated) | 283 | mOsm/kg | 275 | - 295 | |
| Calcium, Serum | 9.4 | mg/dL | 8.5 | - 10.6 | BN |
| Phosphorus, Serum | 4.7H | mg/dL | 2.5 | - 4.5 | BN |
| Protein, Total, Serum | 6.8 | g/dL | 6.0 | - 8.5 | BN |
| Albumin, Serum | 4.1 | g/dL | 3.5 | - 5.5 | BN |
| Globulin, Total | 2.7 | g/dL | 1.5 | - 4.5 | |
| A/G Ratio | 1.5 | | 1.1 | - 2.5 | |
| Bilirubin, Total | .7 | mg/dL | .1 | - 1.2 | BN |
| Alkaline Phosphatase, Serum | 80 | IU/L | 25 | - 150 | BN |
| LDH | 194 | IU/L | 100 | - 250 | BN |
| AST (SGOT) | 38 | IU/L | 0 | - 45 | BN |
| ALT (SGPT) | 38 | IU/L | 0 | - 50 | BN |
| GGT | 23 | IU/L | 0 | - 70 | BN |
| Cholesterol, Total | 175 | mg/dL | 100 | - 199 | BN |
| Triglycerides | 211 H | mg/dL | 0 | - 199 | BN |
| CA 27.29 | | | | | |
| CA 27.29 | 22.7 | U/mL | .0 | - 38.6 | BN |

Test results were obtained by the Chiron ACS:180 methodology.
Values obtained with different assay methodologies should
not be used interchangeably in serial CA 27-29 testing.
Assay results should not be interpreted as absolute evidence
of the presence or absence of malignant disease.

LAB: BN LABCORP BURLINGTON          DIRECTOR: FRANK    HANCOCK MD    DIR
1447 YORK COURT, BURLINGTON, NC 27215-2230

LAST PAGE OF REPORT

Results are Flagged in Accordance with Age Dependent Reference Ranges

# LABORATORY CORPORATION OF AMERICA

**LabCorp**
Laboratory Corporation of America

| SPECIMEN 022-045-0257-0 | TYPE 8 | PRIMARY LAB BN | REPORT STATUS COMPLETE | PAGE 1 |
|---|---|---|---|---|

ADDITIONAL     INFORMATION

PHONE:000-926-1004      DOB: 9/26/40

| PATIENT NAME | | SEX | AGE(YR./MOS.) |
|---|---|---|---|
| TRIBBLE,WANDA R | | F | 58/ 3 |

PT. ADD.: 108 WOODLAND RD
JOHNSON CITY            TN            37601-0000

| DATE OF SPECIMEN  TIME 1/22/99 | DATE RECEIVED 1/22/99 | DATE REPORTED 1/24/99 | TIME 23:51 | 48 |
|---|---|---|---|---|

CLINICAL     INFORMATION
CD- 51277243600

| PHYSICIAN  ID. TABOR | PATIENT ID. 003377 00 |
|---|---|

ACCOUNT:MCCLEOD CANCER & BLOOD CENTER

310 STATE OF FRANKLIN RD SUITE
JOHNSON CITY      TN 37604-6063
ACCOUNT NUMBER  ≈ 41600170

| TEST | RESULT | | LIMITS | LAB |
|---|---|---|---|---|
| CA 27.29 | | | | |
| CA 27.29 | 20.0 | U/mL | .0 - 38.6 | BN |

Test results were obtained by the Chiron ACS:180 methodology.
Values obtained with different assay methodologies should
not be used interchangeably in serial CA 27-29 testing.
Assay results should not be interpreted as absolute evidence
of the presence or absence of malignant disease.

LAB: BN LABCORP BURLINGTON          DIRECTOR:     FRANK HANCOCK MD     DIR
1447 YORK COURT, BURLINGTON,   NC 27215-2230

## LAST PAGE OF REPORT



Results are Flagged in Accordance with Age Dependent Reference Ranges

David C. Tabor, MD  
McLeod Cancer & Blood Center    1/22/99  
210 State of Franklin Rd, #401    13:46:59  
Johnson City, TN 37604    Preliminary  
(615) 926-3611    Page   1

| Patient Name: | TRIBBLE, WANDA R | DOB | : 9/26/40 |
|---|---|---|---|
| Patient ID : | 3377 | Sex | : F |
| Address : | 108 WOODLAND RD | Phone | :(423) 926-1004 |
| City,ST, Zip: | JOHNSON CITY, TN 37601 | | |

Date Drawn: 1/22/99   Date recd: 1/22/99   Time Drawn:13:46   Time Recd: 13:46

| Test | Result | Lo/Hi | Units | Ref Range | Comment |
|---|---|---|---|---|---|
| **CHEMISTRY** | | | | | |
| TOTAL BILIRUBIN | 0.3 | | MG/DL | 0-1.2 | |
| AST/SGOT | 23 | | U/L | 9-34 | |
| LDH | 92 | L | U/L | 100-220 | |
| ALK. PHOSPHATASE | 36 | | U/L | 30-160 | |
| CREATININE | 1.1 | | MG/DL | 0.7-1.4 | |
| GLUCOSE | 112 | H | MG/DL | 70-105 | |
| UREA NITROGEN | 8.5 | | MG/DL | 8-23 | |
| CALCIUM | 8.8 | | MG/DL | 8.5-10.5 | |
| ALBUMIN | 3.9 | | G/DL | 3.6-5.2 | |
| TOTAL PROTEIN | 6.3 | L | G/DL | 6.6-8.3 | |
| SODIUM | 142 | | mEq/L | 138-153 | |
| POTASSIUM | 4.0 | | mEq/L | 3.5-5.5 | |
| CHLORIDE | 112 | | mEq/L | 95-113 | |

CLIA #:44D0310698   Dr. Notified Patient:_____   Drawn By :_____  
COLA #:NA   ___ Notified Patient:_____   Tech Init:_____

Clinical Comment:

David C. Tabor, MD  Leod Cancer & Blood Center    10/23/98
                          State of Franklin Rd, #401              8:31:44
                          Johnson City, TN 37604                  Preliminary
                          (615) 926-3611                          Page   1

| | |
|---|---|
| Patient Name: TRIBBLE, WANDA R | DOB   : 9/26/40 |
| Patient ID : 3377 | Sex   : F |
| Address    : 108 WOODLAND RD | Phone  ;(423) 926-1004 |
| City,ST, Zip: JOHNSON CITY, TN  37601 | |

Date Drawn:10/23/98   Date recd: 10/23/98   Time Drawn: 8:31  Time Recd:  8:31

| Test | Result | Lo/Hi | Units | Ref Range | Comment |
|------|--------|-------|-------|-----------|---------|
| **CHEMISTRY** | | | | | |
| TOTAL BILIRUBIN | 0.6 | | MG/DL | 0-1.2 | |
| ALT/SGPT | 31 | | U/L | 4-35 | |
| AST/SGOT | 25 | | U/L | 9-34 | |
| LDH | 160 | | U/L | 100-220 | |
| ALK. PHOSPHATASE | 42 | | U/L | 30-160 | |
| CREATININE | 0.9 | | MG/DL | 0.7-1.4 | |
| GLUCOSE | 129 | H | MG/DL | 70-105 | |
| UREA NITROGEN | 7.7 | L | MG/DL | 8-23 | |
| CALCIUM | 9.9 | | MG/DL | 8.5-10.5 | |
| ALBUMIN | 4.5 | | G/DL | 3.6-5.2 | |
| TOTAL PROTEIN | 6.9 | | G/DL | 6.6-8.3 | |
| SODIUM | 142 | | mEq/L | 138-153 | |
| POTASSIUM | 4.6 | | mEq/L | 3.5-5.5 | |
| CHLORIDE | 108 | | mEq/L | 95-113 | |
| DIRECT BILIRUBIN | 0 | | MG/DL | 0-1 | |



CLIA #:44D0310698     Dr. Notified Patient:_____     Drawn By :_____
COLA #:NA         ___ Notified Patient:_____        Tech Init:_____

Clinical Comment:

**LabCorp**

| Specimen # | Type | P... | ...ort Status | | | | |
|---|---|---|---|---|---|---|---|
| 296-045-0255-0 | *S | BN | FINAL PG | 1 | 03 | 02 | |

Additional Information

TABOR

DOB: 09/26/40

CD-- 51205809010

| Clinical Information | 10/26/98 01:33 |
|---|---|
| Physician ID | Patient ID |
| TABOR | 003377 00 |

| Patient Name | Sex | Age (Yrs/Mos) |
|---|---|---|
| 000-926-1004 | | |
| TRIBBLE, WANDA R | F | 058/00 |

Account

MCCLEOD CANCER & BLOOD CENTER 4160 0

310 STATE OF FRANKLIN RD SUITE 40 0
JOHNSON CITY , TN 37604-6063
423-926-3611 TNB

Patient Address

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 10/23/98 | 10/23/98 | 10/26/98 | 4316 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CA 27.29 | | | | | |
| CA 27.29 | 18.5 | | U/mL | 0.0 - 38.6 | |

Test results were obtained by the Chiron ACS:180 methodology.
Values obtained with different assay methodologies should
not be used interchangeably in serial CA 27-29 testing.
Assay results should not be interpreted as absolute evidence
of the presence or absence of malignant disease.

LAB: BN LABCORP BURLINGTON          DIRECTOR:    FRANK HANCOCK MD    D:
        1447 YORK COURT BURLINGTON, NC 27215-2230

                    DIRECTOR:      FRANK    HANCOCK MD    DIR
IF YOU HAVE ANY QUESTIONS CONTACT - BRANCH: 423-968-7307 LAB: 800-762-4344
                    LAST PAGE OF REPORT

REPORT     ©1998 Laboratory Corporation of America® Holdir

**LabCorp**

| Specimen # | Type | PAT | Lab | ort Status | | | |
|---|---|---|---|---|---|---|---|
| 191-045-0312-0 | S | BN | FINAL | PG | 1 | 03  02 | |

TABOR

DOB:
09/26/40

CD- 51257878104

| Patient Name | | Sex | Age (Yr/Mos) |
|---|---|---|---|
| TRIBBLE , WANDA R | 000-926-1004 | F | 057/09 |

Patient Address

Clinical Information                07/11/98  05:49

| Physician ID | Patient ID |
|---|---|
| TABOR | 00337700 |

Account

MCCLEOD CANCER & BLOOD CENTER  4160
0
310 STATE OF FRANKLIN RD SUITE 40 0
JOHNSON CITY , TN 37604-6063
423-926-3611        TNB

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 07/10/98 | 07/10/98 | 07/11/98 | 2437 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CMP+ALT+Chol+GGT+LD+P+Trig+.. | | | | | |
| Calcium | 9.6 | | mg/dL | 8.5 - 10.6 | |
| Phosphorus | 4.7 | H | mg/dL | 2.5 - 4.5 | |
| Glucose | 112 | H | mg/dL | 65 - 109 | |
| BUN | 10 | | mg/dL | 5 - 26 | |
| Uric Acid | 5.5 | | mg/dL | 1.5 - 6.7 | |
| Cholesterol, Total | 250 | H | mg/dL | 100 - 199 | |
| Triglycerides | 192 | | mg/dL | 0 - 199 | |
| Protein, Total | 6.8 | | g/dL | 6.0 - 8.5 | |
| Albumin, Serum | 4.0 | | g/dL | 3.5 - 5.5 | |
| Bilirubin, Total | 0.6 | | mg/dL | 0.1 - 1.2 | |
| Alkaline Phosphatase | 55 | | IU/L | 25 - 150 | |
| LDH | 138 | | IU/L | 100 - 250 | |
| SGOT (AST) | 16 | | IU/L | 0 - 45 | |
| Sodium, Serum | 136 | | mEq/L | 135 - 148 | |
| Potassium, Serum | 4.5 | | mEq/L | 3.5 - 5.5 | |
| Chloride, Serum | 104 | | mEq/L | 96 - 109 | |
| Creatinine, Serum | 0.8 | | mg/dL | 0.5 - 1.5 | |
| GGT | 32 | | IU/L | 0 - 70 | |
| SGPT (ALT) | 15 | | IU/L | 0 - 50 | |
| Osmolality (Calculated) | 280 | | mOsm/kg | 275 - 295 | |
| BUN/Creatinine Ratio | 12 | | | | |
| Globulin, Total | 2.8 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.4 | | | 1.1 - 2.5 | |

LAB: BN LABCORP HOLDINGS                DIRECTOR:    FRANK HANCOCK MD    D1
     1447 YORK COURT BURLINGTON, NC 27215-2230

                     DIRECTOR:   FRANK   HANCOCK MD   DIR
IF YOU HAVE ANY QUESTIONS CONTACT - BRANCH: 423-968-7307 LAB: 800-762-4344
                      LAST PAGE OF REPORT



# State of Franklin Healthcare Associates, PLLC

301 Med Tech Parkway, Suite 100 • Johnson City, Tennessee 37604
**Nuclear Medicine   (423) 794-5580 • Outpatient Diagnostic Center   (423) 794-5580**

| Name: | TRIBBLE, WANDA | PMIS/IDX: | 4691 |
|---|---|---|---|
| D.O.B.: | 09/26/1940 | Date: | 02/23/2009 |
| Physician: | FRANK  JOHNSON, JR., MD | Tape #: | |
| Copy To: | RAY  LAMB, MD | Phone #: | 4239261004 |

**Last DEXA:**  2006
**Diagnosis:**  68 -year-old female who went through menopause twenty-six years ago.  Current regimen includes calcium.

## AP LUMBAR SPINE:
- ✓ The bone mineral density (BMD) in the lumbar spine was determined from L1 through L4.
- ✓ The BMD is 81% of young adult reference population and 103% of age matched population.
- ✓ The T-Score is -1.9 (standard deviations of young adult mean).
- ✓ The Z-Score is +0.2 (standard deviations of age matched mean).
- ✓ The current risk of spinal fracture is increased 3 times when compared to young adults (based on T-Score).
- ✓ The remaining lifetime fracture probability is 2 (expected number of future fractures based on T-Score and age).

## PROXIMAL FEMUR:
- ✓ The bone mineral density (BMD) in the hip was determined in the neck.
- ✓ The BMD is 66% of young adult reference population and 85% of age matched population.
- ✓ The T-Score is -2.6 (standard deviations of young adult mean).
- ✓ The Z-Score is -0.9 (standard deviations of age matched mean).
- ✓ The current risk of hip fracture is increased 6 times when compared to young adults (based on T-Score).
- ✓ The remaining lifetime fracture probability is 4 (expected number of future fractures based on T-Score and age).

**CONCLUSION:**    The hip shows osteoporosis and the lumbar spine shows osteopenia.  Compared to the previous study, the hip has declined by 10.3% and the lumbar spine has declined by 4.6%.

Richard L. Rolen MD

**Richard Rolen MD /DB**

Technologist:  DX

2/25/2009 2:50 PM

This fax was sent with GFI FAXmaker fax server. For more information, visit http://www.gfi.com

**McLeod Cancer & Blood Center of East Tennessee**
**Hematology-Oncology Associates, P.C.**
**310 North State of Franklin Road**
**Johnson City, TN 37604**

| | |
|---|---|
| bble, Wanda R. | **DOCTOR:** Millard Lamb, MD |
| 0  26/1940 | **DOS:** 1/28/2009 |
| 9- 1/8943 | **ACCESS:** MER0028342 |

CHEST-TWO VIEWS
N:   BREAST CA
ON:  10/13/2005

nl vi ws compared to 10/13/2005 again show hyperinflation of the lungs but no interval new
tusic.n and the pleural spaces remain clear.  Heart size within normal limits.  Hyperinflation of the
:::ting the possibility of developing COPD.

:nor. .y disease.

:ronically by: **Harold Ross, M.D.**
.O T: 08:49
.. G( )01
:mpi:  **Radiology, P.C.**



# State of Franklin Healthcare Associates, PLLC

219 Princeton Road, Suite 100 • Johnson City, Tennessee 37601
**Nuclear Medicine   (423) 926-1027 • Outpatient Diagnostic Center   (423) 283-7068**

| Name: | TRIBBLE, WANDA | PMIS/IDX: | 4691 |
|---|---|---|---|
| D.O.B.: | 09/26/1940 | Date: | 10/02/2008 |
| Physician: | FRANK JOHNSON, JR., MD | Tape #: | |
| Copy To: | | Phone #: | (423) 926-1004 |

## HIGH-RESOLUTION CT OF THE CHEST WITHOUT INTRAVENOUS CONTRAST

**Indication:** 68-year-old female with a history of breast cancer status post bilateral mastectomy, who presents with symptoms of chest and back pain.

**Comparison:** 05/12/2005 CT of the chest.

**Technique:** Multidetector axial imaging was performed from the neck base through the chest and upper abdomen. The images were reconstructed using both conventional and high-resolution algorithms. Thin section axial reconstructions were performed through regions of interest. No intravenous contrast was utilized.

**Findings:** There is a small amount of pleuroparenchymal scarring seen just above the left hemidiaphragm within the anterior basilar left lower lobe and inferior lingular segment of the left upper lobe. The lingular pleuroparenchymal densities appear relatively unchanged when compared to her previous exam but the anterior basilar pleuroparenchymal changes have become slightly more prominent. No interlobular septal thickening, honeycombing or bronchiectasis is appreciated. There is noted to be mild diffuse wall thickening involving the bronchi bilaterally. No suspicious lung nodule or mass is identified. There is atherosclerotic calcification of the aorta without aneurysmal dilation involving its thoracic or visualized abdominal portions. There is also noted to be some mild atherosclerotic calcification of the coronary arteries. Heart size is normal. No mediastinal, obvious hilar, or axillary adenopathy is appreciated. Surgical clips are now seen in left axilla consistent with left axillary node dissection. There has also been interval left mastectomy. There are unchanged findings of a right mastectomy. The visualized portions of the nonenhanced solid organs of the upper abdomen demonstrate no suspicious focal abnormality. Mild endplate osteophyte formation is seen involving the spine. No acute osseous abnormality is appreciated.

**Impression:**
1. No interstitial pulmonary fibrosis or bronchiectasis appreciated. There is, however, noted to be mild diffuse bronchial wall thickening, which could represent some underlying airways inflammation such as bronchitis.
2. Small amount of pleuroparenchymal scarring in the anterior basilar left lower lobe and unchanged mild pleuroparenchymal scarring in the inferior lingular segment of the left upper lobe.
3. Atherosclerosis and postoperative findings as described.
4. No adenopathy or acute superimposed cardiopulmonary process currently appreciated.

_____ MD
Dr. Lindsay H. Messinger

Lindsay H. Messinger MD /LM / ATSI

Technologist: CT                              Date / Time: 10/2/2008 5:29 PM

3450/MTWJLS0002     D: 10/02/2008 Job: 3450082764707

 

## JOHNSON CITY MEDICAL CENTER
### 400 N ST OF FRANKLIN RD, JOHNSON CITY, TN 37604
### DIAGNOSTIC IMAGING

**Ordering Clinician:**
WILLIAM R KINCAID MD
310 ST. OF FRANKLIN
JOHNSON CITY, TN 37604

**Attending/Primary Care Clinician:**
WILLIAM R KINCAID MD
310 ST. OF FRANKLIN
JOHNSON CITY, TN 37604

| | |
|---|---|
| Patient: | TRIBBLE, WANDA R |
| Med Rec #: | 013715 |
| Admission #: | 32904702 |
| DOB: | 09/26/1940 |
| Sex: | F |
| Status: | A |
| Class: | O |
| Rm/Bed: | - |
| Service: | ODC |
| Exam Class: | O |
| Admit Date: | 12/07/2007 |

CC:

''' **Final Report** '''

PROCEDURE: OCT 0346 - CT CHEST WWO CONT Job #: 1089681
ACCESSION NO: 5339896
DATE OF EXAM: Dec 7 2007 9:54AM RMS ORDER NO: 90002    CPT(s): 71270

ADMITTING DIAGNOSIS:    FEMALE BREAST CA NOS CHEST SWELLING/MASS/LUMP

REASON FOR EXAM:  EVALUATE FOR LEFT CHEST WALL MASS, HISTORY OF BREAST CANCER

RESULT:

COMPARISON: 05/31/2006.

TECHNIQUE:  CT of the chest without and with contrast was performed. 100 ml of Optiray 320 were used.

FINDINGS:    CT OF THE CHEST WITHOUT AND WITH CONTRAST:  Multiple surgical clips are again demonstrated left axilla. The patient is status post bilateral mastectomy. No pathologically-enlarged lymph nodes in the thorax are identified. Minimal atherosclerotic calcifications are scattered throughout the thoracic aorta. Infused appearance of the heart and thoracic aorta are within normal limits for size.

LUNGS: Small nonspecific area of ground-glass attenuation is seen adjacent to the left major fissure, image #34. No discrete pulmonary nodules are identified. No pleural effusions are present. Indeterminate, small, likely pleural scar or nodule is seen adjacent to the right upper lobe on image #31.

UPPER ABDOMEN:  Small, indeterminate, low attenuation lesion right lobe of the liver is again demonstrated on image #56. This would favor a small cyst or hemangioma.

MUSCULOSKELETAL:  No destructive osseous lesions are seen. There is slight asymmetry in the subcutaneous fat overlying the anterior chest, left more than right. No discrete abnormal mass lesion is seen within the chest wall.

**IMPRESSION:**

1)  **Slight asymmetry in the subcutaneous fat in the anterior chest wall, left slightly more prominent than right. No underlying mass lesion is identified.**

...mation contained in this transmission may contain health information that is privileged and confidential. The transmitted information is intended only for the use of the individual or entity named above. ...er of this message is not the intended recipient, you are hereby notified that State and Federal Law strictly prohibit any dissemination, distribution or copying of this communication. If you received this ...ion in error, please notify the sender immediately by telephone and destroy the transmitted material.



## JOHNSON CITY MEDICAL CENTER
### 400 N ST OF FRANKLIN RD, JOHNSON CITY, TN 37604
### DIAGNOSTIC IMAGING

| | |
|---|---|
| **Ordering Clinician:** | |
| WILLIAM R KINCAID MD | |
| 310 ST. OF FRANKLIN | |
| JOHNSON CITY, TN 37604 | |

| | |
|---|---|
| **Patient:** | **TRIBBLE, WANDA R** |
| **Med Rec #:** | 013715 |
| **Admission #:** | 32904702 |
| **DOB:** | 09/26/1940 |
| **Sex:** | F |
| **Status:** | A |
| **Class:** | O |
| **Rm/Bed:** | - |
| **Service:** | ODC |
| **Exam Class:** | O |
| **Admit Date:** | 12/07/2007 |

**Attending/Primary Care Clinician:**
WILLIAM R KINCAID MD
310 ST. OF FRANKLIN
JOHNSON CITY, TN 37604

CC:

---

2)   Along the left major fissure is a small area of ground-glass attenuation. This is an indeterminate finding that could represent a scar or focus of inflammation. Recommend attention on follow-up.

———————

Technologist: Janice Nelson, RT(R)
Transcriptionist: Kelly Carver
Transcribe Date/Time: Dec 7 2007 12:08P
Read by: THOMAS M. WOOLDRIDGE MD on Dec 7 2007
Signed by: THOMAS M. WOOLDRIDGE MD on Dec 7 2007

The information contained in this transmission may contain health information that is privileged and confidential. The transmitted information is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that State and Federal Law strictly prohibit any dissemination, distribution or copying of this communication. If you received this communication in error, please notify the sender immediately by telephone and destroy the transmitted material.

**CHEST W LAT Results Report**

| | | | |
|---|---|---|---|
| **Pt Name:** | TRIBBLE, WANDA R | **MRN:** | 000013715 |
| **Pt ID:** | 20051561258 | **Acct No:** | 32638372 |
| **DOB:** | 09/26/1940 | **Age/Sex** | 66Y/F |
| **Adm DTime:** | 11/03/2006 09:31 | **Atn Dr:** | Hopkins, Steven |
| **Nurse Sta:** | | **Rm/Bed:** | |
| **Dx:** | | | |
| **Alrg:** | DEMEROL,SULFA | | |

| | | | |
|---|---|---|---|
| **Order Name:** | | **Observation DtIme:** | 10/31/2006 13:20 |
| **Result Name:** | CHEST W LAT | **Result Status:** | Final Result |

JOHNSON CITY MEDICAL CENTER
*** Final Report ***
Ordering Clinician: STEVEN P HOPKINS, MD     Med Rec #: 013715     Class: O

PROCEDURE: JMO   0112  -  CHEST W LAT Job #: 707528
ACCESSION NO: 4862170
DATE OF EXAM: Oct 31 2006 1:20PM   RMS ORDER NO: 90009 CPT(s): 71020
ADMITTING DIAGNOSIS: PERIPHERAL VASCULAR DISEASE NOS 43.9
REASON FOR EXAM: CHRONIC OBSTRUCTIVE PULMONARY DISEASE
RESULT:
COMPARISON:     January 2006.
FINDINGS:     PA AND LATERAL CHEST:     Two views. There are surgical clips in the left axilla. There is hyperexpansion of the lungs and mild emphysematous changes consistent with chronic obstructive pulmonary disease. The lungs are, otherwise, clear with no consolidation, pleural effusion, or pneumothorax. The heart size is normal. Bones are unremarkable.
IMPRESSION: Chronic obstructive pulmonary disease.

Technologist: Cynthia Hall, RT(R)(M)
Transcriptionist: Kelly Carver
Transcribe Date/Time: Nov 2 2006 5:30AM
Read By: DAVID M MELLMAN, MD on Oct 31 2006
Signed by: DAVID M MELLMAN, MD on Nov 3 2006

© 2004-2007 Siemens Medical Solutions Health Services Corporation. All rights reserved.
Crystal Reports © 1991-2007 Business Objects Software Limited. All rights reserved.

Case 2:12-cv-00279-JRG-DHI   Document 13-4   Filed 08/17/12   Page 29 of 60   PageID #: 147





### JOHNSON CITY MEDICAL CENTER
### 400 N ST OF FRANKLIN RD, JOHNSON CITY, TN 37604
### DIAGNOSTIC IMAGING

| | | | |
|---|---|---|---|
| Ordering Clinician: | | Patient: | TRIBBLE, WANDA R |
| MILLARD RAY LAMB MD | | Med Rec #: | 013715 |
| 310 N STATE OF FRANKLIN | | Admission #: | 32532429 |
| SUITE 401 | | DOB: | 09/26/1940 |
| JOHNSON CITY, TN 37604 | | Sex: | F |
| | | Status: | A |
| Attending/Primary Care Clinician: | | Class: | O |
| MILLARD RAY LAMB MD | | Rm/Bed: | - |
| 310 N STATE OF FRANKLIN | | Service: | ODC |
| SUITE 401 | | Exam Class: | O |
| JOHNSON CITY, TN 37604 | | Admit Date: | 05/31/2006 |

CC:

---

**\*\*\* Final Report \*\*\***

PROCEDURE: OCT  0346 - CT CHEST WWO CONT                    Job #: 572881
ACCESSION NO: 4684914
DATE OF EXAM: May 31 2006 1:38PM     RMS ORDER NO: 90007        CPT(s): 71270

ADMITTING DIAGNOSIS:    CHEST PAIN NOS, FEMALE BREAST CANCER NOS

REASON FOR EXAM:     CHEST PAIN 786.50, 174.9, BREAST CARCINOMA

RESULT:

TECHNIQUE:   Transverse images were obtained through the chest prior to and after the administration of intravenous contrast. 100 ml of Optiray 320 were injected intravenously.

FINDINGS:     CT OF THE CHEST WITHOUT AND WITH CONTRAST:     There are surgical clips in the left axilla. I do not appreciate adenopathy of the axillary regions. Additionally, I do not appreciate mediastinal or hilar adenopathy. I do not appreciate an effusion. The lungs are well inflated and clear. The adrenal glands are unremarkable in size.

**IMPRESSION:  Unremarkable CT examination of the chest.**

Technologist: Janice Nelson, RT(R)
Transcriptionist: Kelly Carver
Transcribe Date/Time: Jun 5 2006 11:14P
Read by: KELLY P. GUNTER MD on Jun 5 2006
Signed by: KELLY P. GUNTER MD on Jun 6 2006

The information contained in this transmission may contain health information that is privileged and confidential. The transmitted information is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that State and Federal law strictly prohibit any dissemination, distribution or copying of this communication. If you received this communication in error, please notify the sender immediately by telephone and destroy the transmitted material.



**MOUNTAIN STATES
HEALTH ALLIANCE**

Patient TRIBBLE, WANDA R ·          Birth Date 09/26/1940   Sex F              Rm/Bed
Attending                          MR # 000013715          Pt #               Adm Date

| CHEST-RAD | Jan 02, 2006 15:29 |
|---|---|

```
                      JOHNSON CITY MEDICAL CENTER
                         *** Final Report ***
    Ordering Clinician: ILLURI R. REDDY, MD      Med Rec #: 013715      Class: E

    PROCEDURE:  JRD   0339  -  CHEST PORTABLE Job #: 8388
    DATE OF EXAM:  Jan 2 2006  3:29PM  RMS ORDER NO: 90005 CPT(s): 71010
    ADMITTING DIAGNOSIS: SHORT OF BREATH
    REASON FOR EXAM: SHORTNESS OF BREATH, HISTORY OF BREAST CARCINOMA
    RESULT:
    COMPARISON:  1-7-05
    FINDINGS:  CHEST PORTABLE  taken  on January 2, 2006 at 1525 hours:    A
    single portable view of the chest demonstrates well aerated, clear lung
    fields.    There is no pleural effusion or pneumothorax.  The mediastinal
    and cardiac contours demonstrate an unremarkable appearance.   No osseous
    abnormalities are detected.   New surgical clips are seen in the left
    axillary region. There has been interval left mastectomy.
    IMPRESSION:    Unremarkable single view of the chest.


    Technologist: Michael T Layton, RT(R)
    Transcriptionist: Peggy Pettingill
    Transcribe Date/Time: Jan 3 2006  8:23AM
    Read By: JOY J. KINDLE, MD on Jan  3 2006
    Signed by: JOY J. KINDLE, MD on Jan  3 2006
```

| Page created: Friday, May 26, 2006 11:14 AM For: POSAMF |
|---|

**Facility MSN**
**User ANGELA FERGUSON SHELTON**                                                    Page 1 of 1
     *This Document contains patient protected health information and confidentiality must be maintained.*



**MOUNTAIN STATES
HEALTH ALLIANCE**

Patient TRIBBLE, WANDA R          Birth Date 09/26/1940   Sex F              Rm/Bed
Attending                         MR # 000013715          Pt #               Adm Date

| ECHOCARDP | | May 11, 2006 |
|---|---|---|

Johnson City Medical Center
400 North State of Franklin Road
Johnson City, Tenhessee 37604
(423) 431-6440

Name: Tribble, Wanda R                    MR Number: 01-37-15
DOB: 09/26/1940                           Admit Date: 05/11/2006
Account Number: 32522604                  Room: 3400341801
Pt. Status: OA                            Hos. Sev. Code: OBS
MD ID: 00192                              Document ID: 1628043

Echocardiogram Report

ADMITTING PHYSICIAN: Frank P Johnson, M.D.

REFERRING PHYSICIAN: Marc Counts, M.D.

DATE OF SERVICE:        05/12/2006

TAPE NUMBER: 9939

REASON: Mitral valve prolapse, dyspnea and chest pain.

QUALITY: Overall fair quality echocardiogram.

FINDINGS
M-MODE MEASUREMENTS: Left ventricle diastole 35 mm, left ventricle systole
25 mm, interventricular septum 10 mm, posterior wall 8 mm, right ventricle
23 mm, aortic root 23 mm and left atrium 30 mm.

TWO-DIMENSIONAL COLOR DOPPLER FINDINGS: The left ventricle is normal in
size and contractility. Ejection fraction is calculated at 57% by
Teichholz measurement. Wall thickness is appropriate, and there are no
focal wall motion abnormalities. Diastolic measurements show reversal in
mitral E and A-wave velocities suggestive of diastolic impairment. The
right ventricle is normal in size. The left and right atria are normal in
size. The inferior vena cava and pericardium appear normal with no
evidence of effusion. There are no intracardiac masses. The aortic valve
is structurally and functionally normal with no stenosis or insufficiency.
The mitral valve demonstrates mitral valve prolapse of the anterior leaflet
with minimal mitral regurgitation present. The tricuspid valve
demonstrates mild tricuspid
insufficiency, regurgitant velocity of 2.4 meters per second, and the
pulmonic valve is structurally normal with normal acceleration time.

IMPRESSION: Overall, unremarkable echocardiogram with the exception of
mitral valve prolapse and mild tricuspid insufficiency.

Joseph C Bailey, M.D.

cc:    Joseph C Bailey, M.D.
       Marc Counts, M.D.
       Frank P Johnson, M.D.

D: 05/12/2006  7:40 P
Facility MSN
User ANGELA FERGUSON SHELTON                                Page 1 of 2
    *This Document contains patient protected health information and confidentiality must be maintained.*



**MOUNTAIN STATES**
**HEALTH ALLIANCE**

| | | | |
|---|---|---|---|
| Patient TRIBBLE, WANDA R | Birth Date 09/26/1940 | Sex F | Rm/Bed |
| Attending | MR # 000013715 | Pt # | Adm Date |

```
T: 05/13/2006   4:51 P
mlh
```

Page created: Friday, May 26, 2006 10:21 AM For: POSAMF

*This Document contains patient protected health information and confidentiality must be maintained.*



**MOUNTAIN STATES**
**HEALTH ALLIANCE**
Patient TRIBBLE, WANDA R
Attending

Birth Date 09/26/1940   Sex F       Rm/Bed
MR # 000013715     Pt #       Adm Date

| CARDIAC-NM | May 12, 2006 14:50 |
|---|---|

JOHNSON CITY MEDICAL CENTER
*** Final Report ***
Ordering Clinician: MARC D. COUNTS, MD    Med Rec #: 013715    Class: O

PROCEDURE: JNM 0313 ~ CARDIAC PERF S AND R Job #: 553459
ACCESSION NO: 4663037
DATE OF EXAM: May 12 2006 2:50PM RMS ORDER NO: 90006 CPT(s): 78465
ADMITTING DIAGNOSIS: DYSPNEA CAD CHEST PAIN COPD BR EAST CANCER
REASON FOR EXAM: CHEST PAIN.
RESULT:
FINDINGS: CARDIAC PERFUSION STRESS AND REST: The patient was infused
with 26.9 mg of Adenosine over four minutes. Resting heart rate was 96
and peak heart rate 120. Rest blood pressure 114/64 and peak blood
pressure 116/54. The patient experienced chest heaviness and dyspnea.
No arrhythmia and no EKG changes with infusion. The patient had
myocardial perfusion imaging performed utilizing a standard one day
protocol and receiving 39.4 mCi of Cardiolite as a stress dose and 12.5
mCi of Cardiolite as a rest dose. Myocardial perfusion imaging was
performed by standard gated tomographic technique.
The left ventricle was normal in chamber size with normal wall motion and
contractility. Ejection fraction is calculated at 88%. Myocardial
perfusion imaging reveals normal tracer uptake throughout the myocardium.
Overall, normal Adenosine Cardiolite stress test.
IMPRESSION: See above.

Technologist: Jeff J Karnes, RT(R)(N)CNMT
Transcriptionist: Amanda E Burnette
Transcribe Date/Time: May 13 2006 4:15PM
Read By: JOSEPH C BAILEY, MD on May 12 2006
Signed by: JOSEPH C BAILEY, MD on May 15 2006

Page created: Friday, May 26, 2006 10:21 AM For: POSAMF

**Facility** MSN
**User** ANGELA FERGUSON SHELTON      Page 1 of 1
*This Document contains patient protected health information and confidentiality must be maintained.*
Case 2:12-cv-00279-JRG-DHI Document 13-4 Filed 08/17/12 Page 34 of 60 PageID #: 152



**MOUNTAIN STATES HEALTH ALLIANCE**

| Patient TRIBBLE, WANDA R | Birth Date 09/26/1940   Sex F | Rm/Bed |
| Attending | MR # 000013715   Pt # | Adm Date |

| BREAST | |
| --- | --- |
| JOHNSON CITY MEDICAL CENTER | Nov 21, 2005 11:11 |

**\*\*\* Final Report \*\*\***

Ordering Clinician: JOHN F. ROBERTSON III, MD     Med Rec #: 013715
Class: O

PROCEDURE:  JPT    0127  - BREAST CA STAGE RESTAGE PET CT Job #: 6641
DATE OF EXAM:  Nov 21 2005 11:11AM  RMS ORDER NO: 90004 CPT(s): 78815
ADMITTING DIAGNOSIS: FEMALE BREAST CA NOS
REASON FOR EXAM: LEFT BREAST CARCINOMA.
RESULT:
CODES:
 ICD CODE:
174.9.
CORRELATIVE STUDIES:
Not dictated.
RADIOPHARMACEUTICAL: F-18 FDG, mCi intravenously.
FINDINGS:       Whole body PET CT performed from orbits to upper thighs
after 20.0 mCi of FDG demonstrates normal lingual activity. Otherwise,
there is no abnormal uptake of the head or neck.
Some mild increased activity is identified within the left subcutaneous
chest wall consistent with recent left-sided mastectomy. A 6.2 x 1.6 cm
post-operative seroma is identified as well. No mediastinal or axillary
nodal activity is evident. No focal increased activity is identified
throughout the lungs.
The liver, pancreas, spleen, and adrenals are without abnormal activity.
There is normal renal and bowel activity. No nodal disease is identified
throughout the abdomen or pelvis. No focal bone uptake is present. There
is a 1.1 x 0.8 cm right inguinal lymph node evident on CT Image 186 with
modest increased activity and a maximum standard uptake value of 1.8. Of
note, vascular activity is 1.7 and liver activity 2.4.
Review of the CT images demonstrates no bone lesions. Again noted is the
left-sided post-operative seroma. Bilateral mastectomies are evident. No
lung nodules are identified. There are multiple surgical clips in the
left axilla.
IMPRESSION:
 Single right inguinal lymph node with modest increased activity. This is
likely inflammatory in etiology and correlation with possible lower
extremity inflammatory process is recommended. Although I suspect that
this is benign, nodal disease is not excluded.


Technologist: Darlene R Blackhurst, CNMT
Transcriptionist: Margaret Fleenor
Transcribe Date/Time: Nov 24 2005 10:29PM
Read By: LANCE A KLOSTERMAN, MD on Nov 23 2005
Signed by: LANCE A KLOSTERMAN, MD on Nov 25 2005

| Page created: Thursday, January 12, 2006 1:58 PM For: POSAMF |
| --- |

*This Document contains patient protected health information and confidentiality must be maintained.*

## McLeod Cancer & Blood Center of East Tennessee
### Hematology-Oncology Associates, P.C.
### 310 North State of Franklin Road
### Johnson City, TN 37604

| | |
|---|---|
| **PATIENT:** | Tribble, Wanda R. |
| **DOB:** | 09-26-40 |
| **MR#:** | 944-8946 |
| **DOCTOR:** | Millard R. Lamb, M.D. |
| **DOS:** | 10-13-05 |

| | |
|---|---|
| **EXAM:** | Chest PA and Lateral – Two views |
| **INDICATION:** | Breast carcinoma. Follow up cardiopulmonary evaluation. |
| **COMPARISON:** | 04-22-05 |

**FINDINGS:** The current examination is compared with a chest dated April 22nd. Again noted is absence of the right breast shadow. Surgical clips are present in the left axillary region, which were not present previously. This suggests interval dissection of the axillary lymph nodes on the left side. The heart size is normal. The lungs are clear. There are no bony lesions.

**IMPRESSION:** Interval survey in the left axillary region, probably due to a mastectomy and node dissection. No acute findings are demonstrated involving the heart or lungs.

Steven Goldstein, M.D.
Electronically signed: 10/19/2005 8:16 AM
SG:tw
Mountain Empire Radiology, P.C.

D: 10/17/05
T: 10/18/05

Tribble, Wanda R            Sex:F           BD:09/26/1940        MR#:000013715        🖨 Print this Page
                                                                                     PT#:32350524
**CHEST**
                                                                                     Jan 18, 2005 11:32

NORTH SIDE HOSPITAL
*** Final Report ***
Ordering Clinician: JOHN F. ROBERTSON III, MD     Med Rec #: 007278
Class: O

PROCEDURE: KCT   0346  -  CT CHEST WWO CONT Job #: 8584
DATE OF EXAM:  Jan 18 2005 11:32AM  RMS ORDER NO: 90005 CPT(s): 71270
ADMITTING DIAGNOSIS: LUNG NODULE 518.89
REASON FOR EXAM: NODULE SEEN ON CHEST X-RAY
RESULT:
COMPARISON: CT of the abdomen from 6~02 and we see the lower one-third of
the lungs on this exam for comparison.
TECHNIQUE:  120 cc of Optiray 320.
FINDINGS:    CT CHEST WITHOUT AND WITH CONTRAST:  There are three separate
areas of increased density in the right upper lobe. One is seen
anteriorly and presents as an ill defined 1 cm density. One is seen
laterally and has a more serpiginous appearance. One is seen posteriorly
near the apex and is pleural based. No discreet nodular densities are
identified.  On the left side, there is a similar patchy area of
increased density in the lingula. Again, this does not have the
appearance of a nodule but rather most likely is an area of fibrosis or
infiltrate. In addition, there is a smaller density just above the
diaphragm in the left lower lobe measuring about 1 cm in diameter. This
is slightly more dense than the other areas but is not a discreet mass
per se. We do not see any of these areas on the left side on the chest
x-ray. They also are not visible on the previous CT of the abdomen. They
may have been imaged out of phase, however, I believe we should have seen
them if they were present previously. There are no hilar or mediastinal
masses. Sections through the upper portion of the abdomen show no acute
changes. There has been a mastectomy on the right.
IMPRESSION:
Nonspecific findings. The areas of increased density would appear to be
more inflammatory or fibrotic than in metastatic disease. Also, some of
them are certainly infiltrates particularly changes in the lingula and
posteriorly in the right upper lobe. Given the history of breast cancer,
we are somewhat concerned but we still favor an inflammatory etiology of
these changes and would recommend only short term followup.


Technologist: Greg B Thompson, RT(R)(CT)(QM)
Transcriptionist: P. Anne Campbell
Dictated Date: Jan 18 2005
Transcribe Date/Time: Jan 18 2005  2:53PM
Read By: GEORGE I SPENCE, MD
Signed by: GEORGE I SPENCE, MD



Page created: Thursday, October 13, 2005 11:42 AM For: POSDLW                         Top of Page

Tribble, Wanda R          Sex:F          BD:09/26/1940        MR#:000013715

**MAMMOGRAM**

🖶Print this Page
PT#:32350524

Aug 16, 2005 08:44

JOHNSON CITY MEDICAL CENTER
*** Final Report ***

Ordering Clinician: JOHN F. ROBERTSON III, MD      Med Rec #: 013715
Class: O

PROCEDURE:  JMA   5061  -  MAMMO UNILAT LT W CAD Job #: 6784
DATE OF EXAM:  Aug 16 2005  8:44AM  RMS ORDER NO: 90001 CPT(s): 76090-LT,
76082
ADMITTING DIAGNOSIS: HISTORY OF BREAST CA V10.3
REASON FOR EXAM: HISTORY OF BREAST CANCER WITH RIGHT MASTECTOMY, NEW MASS
IN THE LEFT BREAST
RESULT:
COMPARISON: 10/21/04, 9/20/02
FINDINGS: LEFT DIAGNOSTIC MAMMOGRAM 8/16/05:  This examination was
reviewed with computer aided detection.
The breast tissue is extremely dense which lowers the sensitivity of
mammography. Numerous benign appearing calcifications are noted.  None
are  present at the area of palpable concern and they appear stable over
a six month interval.
The palpable mass is deep against the chest wall and not seen on standard
mammography.  With additional views, the mass is only partially
visualized.  It is estimated to measure 1.3 cm in diameter and
demonstrates spiculated margins.  It is not seen on prior mammography.
IMPRESSION: Suspicious 1.3 cm or larger mass at 11:00 in the left breast.
This is the palpable lesion.
RECOMMENDATION:  Left breast ultrasound was performed at this
appointment.


Technologist: Genae L Helmbrecht, RT(R)(M)
Transcriptionist: Charlene Lacy
Transcribe Date/Time: Aug 16 2005 11:50AM
Read By: GLYNDA F RAMSEY, MD on Aug 16 2005
Signed by: GLYNDA F RAMSEY, MD on Aug 16 2005

---

Tribble, Wanda R        Sex:F        BD:09/26/1940        MR#:000013715

**PRE-OP PLACMT LT**

Print this Page
PT#:32350524

Jan 20, 2005 13:00

JOHNSON CITY MEDICAL CENTER
*** Addended Final Report ***
Ordering Clinician: JOHN F. ROBERTSON III, MD    Med Rec #: 013715
Class: O

PROCEDURE; JMA   0811  -  LOCAL BREAST PREOP LT Job #: 172
DATE OF EXAM:  Jan 20 2005  1:00PM  RMS ORDER NO: 90006 CPT(s): 19290-LT
ADMITTING DIAGNOSIS; LEFT BREAST MASS-611.72
REASON FOR EXAM: ABNORMAL MAMMOGRAM
RESULT:
FINDINGS: LEFT BREAST PREOP:  The patient had a palpable about six
o'clock which corresponded to a complex cystic structure on ultrasound.
Ultrasound guidance was used.  After Betadine prep and topical Ethyl
Chloride anesthesia, a needle was placed into this complex cystic
structure and a wire was placed through the needle. The needle was left
in place over the wire and the patient was sent to surgery. Specimen
radiograph and ultrasound showed the lesion in question to be contained
within the specimen. The clip from the patient's previous biopsy was
present as well.
IMPRESSION:
Localization procedure performed with subsequent excision of a complex
cystic structure in the subareolar region on the left with pathology
pending.
RECOMMENDATIONS:  Pending final path report.
ADDENDUM DICTATED BY DR. HATCHER ON 2/3/05 AT 09:31/CML.
ADDENDED FINDINGS:  Patient went on to local excision of the lesion which
showed intraductal papilloma, hemorrhage, fat necrosis and no evidence of
in situ or invasive malignancy.
ADDENDED IMPRESSION:  Excisional biopsy performed with benign pathology.
ADDENDED RECOMMENDATION:  Left breast mammogram in six months to
establish post operative baseline.


Technologist: Joy D Leonard, RT(R)(M)
Transcriptionist: Amanda E Burnette
Transcribe Date/Time: Feb 19 2005  2:22PM
Read By: GLEN H. HATCHER, MD on Feb 19 2005
Signed by: GLEN H. HATCHER, MD on Feb 20 2005

Page created: Thursday, October 13, 2005 11:42 AM For: POSDLW

Top of Page

Tribble, Wanda R          Sex:F          BD:09/26/1940      MR#:000013715    **Print this Page**
                                                                            PT#:32350524
**CHEST W/LAT**

                                                                            **Jan 19, 2003 12:44**

                              \*\*\* Final Report \*\*\*
        PROCEDURE: JRD0112 - CHEST W LAT
        DATE OF EXAM: Jan 19 2003       RMS ORDER NO: 90003     CPT: 71020
        PT CLASS: I
        INDICATIONS: ACUTE EXAC CHRONIC OBSTRUCTIV E PULMONARY DISEASE

        RESULT:
        COMPARISON:01/01/2003.
        FINDINGS:CHEST:         PA and lateral radiographs of the chest were
        obtained. The lungs are clear, Cardiac, hilar, and mediastinal contours
        are within normal limits.

        IMPRESSION:Negative.

        Technologist: Susan R. Nicewander, RT (R)
        Transcriptionist: KC1
        Dictated Date: Jan 19 2003
        Transcribed Date: Jan 19 2003  6:19PM
        Read By: TAMMY N, CRUMPLER M,D,

Page created: Thursday, October 13, 2005 11:43 AM For: POSDLW

                                                                            Top of Page

Tribble, Wanda R          Sex:F          BD:09/26/1940          MR#:000013715

**BIOPSY-RD**

Print this Page
PT#:32350524

**Jan 20, 2005 15:48**

JOHNSON CITY MEDICAL CENTER
*** Final Report ***
Ordering Clinician: JOHN F. ROBERTSON III, MD          Med Rec #: 013715
Class: O

PROCEDURE:  JMA   0696  -  LOCAL BREAST SPECIMEN Job #: 172
DATE OF EXAM:   Jan 20 2005  3:48PM  RMS ORDER NO: 90006 CPT(s): 76098
ADMITTING DIAGNOSIS: LEFT BREAST MASS-611.72
RESULT:    See Below.
IMPRESSION: See results for this procedure with the LEFT BREAST PREOP
report, RMS 90006, dated Jan 20, 2005.


Technologist: Donna K Waddell, RT(R)(M)
Transcriptionist: P. Anne Campbell
Dictated Date: Jan 20 2005
Transcribe Date/Time: Jan 21 2005  8:30AM
Read By: GLEN H. HATCHER, MD
Signed by: GLEN H. HATCHER, MD

---

Page created: Thursday, October 13, 2005 11:44 AM For: POSDLW                                    Top of Page

Tribble, Wanda R          Sex;F          BD:09/26/1940       MR#:000013715

**BREAST-US**

Print this Page
PT#:32350524

Aug 16, 2005 08:46

JOHNSON CITY MEDICAL CENTER
*** Final Report ***
Ordering Clinician: JOHN F. ROBERTSON III, MD        Med Rec #: 013715
Class: O

PROCEDURE:  JMA   0801  -  US BREAST LT Job #: 6784
DATE OF EXAM:  Aug 16 2005  8:46AM  RMS ORDER NO: 90001 CPT(s): 76645-LT
ADMITTING DIAGNOSIS: HISTORY OF BREAST CA V10.3
REASON FOR EXAM:
RESULT:
FINDINGS: LEFT BREAST ULTRASOUND:  Focused ultrasound was performed at
the area of palpable concern at 11:00 against the chest wall.  Deep
against the pectoralis musculature, a hypoechoic heterogeneous mass is
noted with indistinct margins, There is some mild posterior shadowing and
no enhancement. The lesion measures an estimated 1.1 x 0.7 x 0.7 cm in
diameter. It abuts, but does not definitely invade, the pectoralis
muscle. This is suspicious for malignancy.
IMPRESSION: BIRADS  CATEGORY IV:  SUSPICIOUS ABNORMALITY.  Biopsy should
be considered.      New palpable mass at 11:00 in the left breast, not
seen on prior mammography, is suspicious for malignancy.
RECOMMENDATION:   Some form of biopsy is needed. The patient is scheduled
to see Dr. Trey Robertson on Monday, August 22, 2005.
Films were released to the patient for her appointment with Dr. Robertson.
Results faxed to Dr. Trey Robertson on 8/16/05 at 11:50 a.m./cml.


Technologist: Tina Kiernan, RT(R)(M)
Transcriptionist: Charlene Lacy
Transcribe Date/Time: Aug 16 2005 11:56AM
Read By: GLYNDA F RAMSEY, MD on Aug 16 2005
Signed by: GLYNDA F RAMSEY, MD on Aug 16 2005

Tribble, Wanda R          Sex:F          BD:09/26/1940        MR#:000013715

**BREAST-US**

JOHNSON CITY MEDICAL CENTER
*** Addended Final Report ***
Ordering Clinician: JOHN F. ROBERTSON III, MD      Med Rec #: 013715
Class: O

PROCEDURE:  JMA   0801  - US BREAST LT Job #: 8338
DATE OF EXAM:  Jan 18 2005  9:30AM  RMS ORDER NO: 90004 CPT(s): 76645-LT
ADMITTING DIAGNOSIS: LEFT BREAST MASS-611.72
REASON FOR EXAM: LEFT U/S, PREVIOUS LEFT RETROAREOLAR BIOPSY BY DR.
,ROBERTSON
RESULT:
COMPARISON:   MAMMOGRAM 10-21-04
ULTRASOUND LEFT BREAST:       Ultrasound of the left breast reveals an
anechoic 1.2 cm retroareolar region lesion just at the 6 o'clock
position.   This has some thickening in the posterior wall and possible
debris within it as well as some surrounding irregularity.    This could
be a resolving hematoma and will need careful followup.   This area was
palpable and I did not find other significant findings on ultrasound of
the left breast.
Findings were discussed with the patient and she reports this area will
be excised on Thursday.
IMPRESSION: Indeterminate area retroareolar that will be biopsied on
Thursday.
RECOMMENDATIONS:   Pending pathology.
ADDENDUM BY DR. PICAZA ON 2-8-05
ADDENDED RESULTS: I now have a surgical pathology from 1-20-05 showing an
intraductal papilloma, hemorrhage, fat necrosis and repair, no evidence
of malignancy.   This does correlate with our mammographic findings and I
do not see a need for further intervention.
ADDENDED IMPRESSION: Retroareolar region has been biopsied and is benign.
ADDENDED RECOMMENDATIONS: Mammogram at the patient's anniversary.


Technologist: Cynthia Pritchard, RT(R)(M)
Transcriptionist: Peggy Pettingill
Dictated Date: Feb  8 2005
Transcribe Date/Time: Feb  8 2005 11:31AM
Read By: JOSE E PICAZA,
Signed by: JOSE E PICAZA,

Page created: Thursday, October 13, 2005 11:44 AM For: POSDLW

Top of Page



# McLEOD CANCER & BLOOD CENTER OF EAST TENNESSEE
## Hematology - Oncology Associates, P.C.
### 310 N. State of Franklin Road
### Johnson City, Tennessee 37604
### (423) 926-3611

**PATIENT:** Tribble, Wanda R.
**DOB:** 09-26-40
**MR#:** 944-8943
**DOCTOR:** Millard Lamb, M.D.
**DOS:** 04-22-04

**EXAM:** Chest PA and Lateral - Two views
**INDICATION:** Breast carcinoma.
**COMPARISON:** 03-14-02

**FINDINGS:** PA and lateral films of the chest on 04-22-04 show the right breast shadow absent. The lung fields are clear and the costophrenic angles sharp. Cardiomediastinal silhouette was unremarkable.

**CONCLUSION:** Chest shows no acute change and is stable when compared with the old study in March of last year.

James W. Gibson, M.D.

JWG:tw
Mountain Empire Radiology, P.C.

D: 05-03-04
T: 05-04-04



# McCLOUD CANCER & BLOOD CENTER OF EAST TENNESSEE

## Hematology - Oncology Associates, P.C.
### 310 N. State of Franklin Road
### Johnson City, Tennessee 37604
### (423) 926-3611

| | |
|---|---|
| **PATIENT:** | Tribble, Wanda R. |
| **DOB:** | 09-26-40 |
| **MR#:** | 944-8943 |
| **DOCTOR:** | Millard Lamb, M.D. |
| **DOS:** | 03-14-02 |

---

| | |
|---|---|
| **EXAM:** | PA and Lateral Chest – Two views |
| **INDICATION:** | Breast carcinoma. |
| **COMPARISON:** | None |

**FINDINGS:**    PA and lateral views of the chest demonstrate clear lungs. There is no pleural effusion. The mediastinal and cardiac contours demonstrate a normal appearance. The patient is status post-right mastectomy.  The visualized osseous structures appear unremarkable.

**IMPRESSION:**    No significant abnormalities are demonstrated.

Joy J. Kindle, M.D.            *Joy J. Kindle, M.D.*

JJK:tw
D: 03-15-02
T: 03-18-02

LIFETIME CLINICAL RECORD
BREAST CARE

TRIBBLE ,WANDA R

*****NOT A CHART COPY -- PLEASE DESTROY AFTER USE*****
-------------------------------------------------------------------PAGE    1
MAMMOGRA   03/09/01 09:49    --
*** Final Report ***
PROCEDURE: JMA0809 - MAMMO UNILAT LT
DATE OF EXAM: Mar  9 2001        RMS ORDER NO: 90002        CPT: 76090 LT
INDICATIONS: BREST CANCER RIGHT BREAST MASECTOMY IN 1998

RESULT: The breast tissue is heterogeneously dense.   No malignant
appearing masses or calcifications are seen and no changes are evident.

IMPRESSION:   BIRADS CATEGORY I:  NEGATIVE.  No mammographic evidence of
malignancy.
RECOMMENDATION(S):    Follow-up left breast mammogram in one year's time.
Technologist: Tina Kiernan, RT(R)(M)
Transcriptionist: DEP
Dictated Date: Mar  9 2001
Transcribe Date/Time: Mar 11 2001  1:14A
Read by: GLEN H. HATCHER, M.D.

-------------------------------------------------------------------
TRIBBLE ,WANDA R                    COPY REQUESTED BY:  POSAMF
                                    14:26 09/13/01 FROM B101,OIPRTGF1
B1025962

**JOHNSON CITY MEDICAL CENTER HOSPITAL, INC.**
**400 STATE OF FRANKLIN ROAD, JOHNSON CITY, TN 37604-6094**
**DIAGNOSTIC IMAGING**

---

ORDERING PHYSICIAN:
    LAWSON, ELIZABETH A
    3 PROFESSIONAL PARK DR. #31

    JOHNSON CITY, TN 37604

ATTENDING PHYSICIAN:
    LAWSON, ELIZABETH A
    3 PROFESSIONAL PARK DR. #31

    JOHNSON CITY, TN 37604
CC PHYSICIAN:

PATIENT: TRIBBLE, WANDA R
MR #:    13715
PT #:    30777778
DOB:    09/26/1940
SEX:    F
STATUS:    A
CLASS:    O
RM/BED:

---

***** F I N A L   R E S U L T *****

PROCEDURE:    BST MAMMOGRAM LEFT

DATE: 01/06/1999    RMS ORDER NO:  90001    CPT4 CODE:76090
INDICATIONS:  PERSONAL HISTORY OF BREAST CANCER

COMPARISON:  5-18-98, 4-5-96

FINDINGS: The breast tissue is extremely dense which lowers the sensitivity
of mammography. Three punctate calcifications noted inferiorly and medially
in the remaining left breast are stable. Some other scattered benign
appearing calcifications are also noted. No new masses or suspicious
calcifications are seen.

IMPRESSION:    ACR CATEGORY I. NEGATIVE. No mammographic evidence of
            malignancy.

RECOMMENDATIONS:  Mammographic follow-up recommended in 1 year. A negative
mammogram should not preclude biopsy of a clinically suspicious palpable
abnormality.


TECHNOLOGIST: Charlene C. McConnell, RT R(M)


D:  01/06/99

T:  01/06/1999 16:09
BY: PJP
DICTATED BY:                GLYNDA RAMSEY, MD


  PJP

ELECTRONICALLY SIGNED

Case 2:12-cv-00279-JRG-DHI   Document 13-4   Filed 08/17/12   Page 47 of 60   PageID #:
165

JOHNSON CITY MEDICAL CENTER HOSPITAL, INC.
400 STATE OF FRANKLIN ROAD, JOHNSON CITY, TN 37604-6094
DIAGNOSTIC IMAGING

---

ORDERING PHYSICIAN;
    TABOR, DAVID C
    310 ST. OF FRANKLIN,

    JOHNSON CITY, TN

ATTENDING PHYSICIAN;
    TABOR, DAVID C
    310 ST. OF FRANKLIN,

    JOHNSON CITY, TN
CC PHYSICIAN;

PATIENT; TRIBBLE, WANDA R
MR #:       13715
PT #:       30695028
DOB;        09/26/1940
SEX;        F
STATUS;     A
CLASS;      O
RM/BED:

---

***** F I N A L   R E S U L T *****

PROCEDURE: $^3$  NUC BONE SCAN

DATE:  07/13/1998    RMS ORDER NO;   90008    CPT4 CODE: 78306

INDICATIONS:  BREAST CANCER

COMPARISON:   NONE

FINDINGS:  The study was performed with 25 millicuries of Technetium 99M-
HDP. There is normal uptake seen throughout the skeleton with no evidence
of metastatic bone disease or other osseous abnormalities.

IMPRESSION:  Normal bone scan.

TECHNOLOGIST: CLS

D:   7-13-98
T:   07/14/1998 09:45
BY: EAG
DICTATED BY:                              SUE Y CHUNG, MD

  EAG

ELECTRONICALLY SIGNED

Page 1 of 1

** TOTAL PAGE.001 **

 

**JOHNSON CITY MEDICAL CENTER HOSPITAL, INC.**
**400 STATE OF FRANKLIN ROAD, JOHNSON CITY, TN 37604-6094**
**DIAGNOSTIC IMAGING**

---

**ORDERING PHYSICIAN:**
    TABOR, DAVID C
    310 ST. OF FRANKLIN,

    JOHNSON CITY, TN

**ATTENDING PHYSICIAN:**
    TABOR, DAVID C
    310 ST. OF FRANKLIN,

    JOHNSON CITY, TN

**CC PHYSICIAN:**

**PATIENT:** TRIBBLE, WANDA R
**MR #:** 13715
**PT #:** 30699927
**DOB:** 09/26/1940
**SEX:** F
**STATUS:** A
**CLASS:** O
**RM/BED:**

---

***** F I N A L   R E S U L T *****

**PROCEDURE:**  USD LIVER

**DATE:** 07/22/1998     **RMS ORDER NO:**  90010    **CPT4 CODE:** 76705

**INDICATIONS:**  POSSIBLE LIVER CYST

**COMPARISON:**

**FINDINGS:**  Sonographic evaluation of the liver:  With very close observation of the liver in different projections, we were just unable to identify an abnormal area of increased or decreased echogenicity.  The liver is homogeneous from the ultrasound point of view.  Incidental note is made of a normal appearing right kidney.  The gallbladder is absent. The common bile duct is normal caliber.  The pancreas is somewhat inhomogeneous.  This could be still within the range of normal.  No fluid was seen.

**IMPRESSION:**
    1.  We were unable to confirm any abnormal area of echogenicity related to the liver.
    2.  Incidental note is made of a somewhat inhomogeneous pancreatic body.

In view of the inability to find the 5 mm suspected cystic change on ultrasound and particularly if there is any reason to suspect pancreatic pathology, CT imaging of the abdomen might well be of benefit for study later on, of course, depending upon your clinical evaluation.

**TECHNOLOGIST:** RGN

D:  07/22/98
T:  07/22/1998 19:13

Page 1 of 2          ORDERING DOCTOR COPY

13715
07/22/1998  90010

BY: BNK
DICTATED BY:                    JAMES W GIBSON, MD

   JWG

ELECTRONICALLY SIGNED

**Page 2 of 2**            ORDERING DOCTOR COPY

JOHNSON CITY MEDICAL CENTER HOSPITAL, INC.
400 STATE OF FRANKLIN ROAD, JOHNSON CITY, TN 37604-6094
DIAGNOSTIC IMAGING

ORDERING PHYSICIAN:                          PATIENT: TRIBBLE, WANDA R
    TABOR, DAVID C                           MR #:    13715
    310 ST. OF FRANKLIN,                     PT #:    30699927
                                             DOB:     09/26/1940
    JOHNSON CITY, TN                         SEX:     F
                                             STATUS:  A
ATTENDING PHYSICIAN:                         CLASS:   O
    TABOR, DAVID C                           RM/BED:
    310 ST. OF FRANKLIN,

    JOHNSON CITY, TN
CC PHYSICIAN:

***** F I N A L   R E S U L T *****

PROCEDURE:    USD LIVER

DATE:  07/22/1998     RMS ORDER NO:   90010    CPT4 CODE:76705

INDICATIONS:  POSSIBLE LIVER CYST

COMPARISON:

FINDINGS:    Sonographic evaluation of the liver:  With very close
observation of the liver in different projections, we were just unable to
identify an abnormal area of increased or decreased echogenicity.  The
liver is homogeneous from the ultrasound point of view.  Incidental note
is made of a normal appearing right kidney.  The gallbladder is absent.
The common bile duct is normal caliber.  The pancreas is somewhat
inhomogeneous.  This could be still within the range of normal.  No fluid
was seen.

IMPRESSION:   1.  We were unable to confirm any abnormal area of
                  echogenicity related to the liver.
              2.  Incidental note is made of a somewhat inhomogeneous
                  pancreatic body.

In view of the inability to find the 5 mm suspected cystic change on
ultrasound and particularly if there is any reason to suspect pancreatic
pathology, CT imaging of the abdomen might well be of benefit for study
later on, of course, depending upon your clinical evaluation.

TECHNOLOGIST: RGN

D:  07/22/98
T:  07/22/1998 19:13

                            Page 1 of 2

TRIBBLE, WANDA R
13715
07/22/1998   90010

BY: BNK
DICTATED BY:                    JAMES W GIBSON, MD


   JWG

ELECTRONICALLY SIGNED




                    Page 2 of 2
                                        ** TOTAL PAGE.002 **

## JOHNSON CITY MEDICAL CENTER HOSPITAL, INC.
### 400 STATE OF FRANKLIN ROAD, JOHNSON CITY, TN 37604-6094
### DIAGNOSTIC IMAGING

---

ORDERING PHYSICIAN:
TABOR, DAVID C
310 ST. OF FRANKLIN,

JOHNSON CITY, TN

ATTENDING PHYSICIAN:
TABOR, DAVID C
310 ST. OF FRANKLIN,

JOHNSON CITY, TN

CC PHYSICIAN:

PATIENT: TRIBBLE, WANDA R
MR #:     13715
PT #:     30695820
DOB:      09/26/1940
SEX:      F
STATUS:   A
CLASS:    O
RM/BED:

---

***** F I N A L   R E S U L T *****

PROCEDURE:    NCT ABDOMEN W/ CONTRAST

DATE:  07/13/1998    RMS ORDER NO:  90009    CPT4 CODE:

INDICATIONS:  Breast carcinoma.

COMPARISON:  None.

FINDINGS:    The lung bases are clear. Spiral contrasted images show a
tiny low density 5.0 mm area in the right lobe of the liver posteriorly.
This may be a tiny cyst with volume averaging; however it is indeterminate
by CT criteria. No other liver lesions are appreciated. The spleen,
adrenals, pancreas, and kidneys are normal. I see no periaortic
adenopathy and there is no free fluid or free air in the abdomen.

IMPRESSION:   5.0 mm low density area in the right lobe of the liver
              posteriorly. This is indeterminate by CT criteria and may
              represent a cyst with volume averaging or a solitary
              metastasis. This is not amenable to percutaneous biopsy.
              Otherwise, negative CT of the abdomen with contrast.


TECHNOLOGIST: VKP


D:  07/14/1998
T:  07/14/1998 19:12
BY: GRW
DICTATED BY:

                        JOSE E PICAZA, MD

  GRW


                    Page 1 of 2

TRIBBLE, WANDA R
13715
07/13/1998   90009

ELECTRONICALLY SIGNED

** TOTAL PAGE.002 **




**JOHNSON CITY MEDICAL CENTER HOSPITAL, INC.**
**400 STATE OF FRANKLIN ROAD, JOHNSON CITY, TN 37604-6094**
**DIAGNOSTIC IMAGING**

ORDERING PHYSICIAN:
    TABOR, DAVID C
    310 ST. OF FRANKLIN,

    JOHNSON CITY, TN

ATTENDING PHYSICIAN:
    TABOR, DAVID C
    310 ST. OF FRANKLIN,

    JOHNSON CITY, TN
CC PHYSICIAN:

PATIENT: TRIBBLE, WANDA R
MR #:    13715
PT #:    30695820
DOB:     09/26/1940
SEX:     F
STATUS:  A
CLASS:   O
RM/BED:

***** F I N A L   R E S U L T *****

PROCEDURE:    NCT ABDOMEN W/ CONTRAST

DATE: 07/13/1998    RMS ORDER NO: 90009    CPT4 CODE:

INDICATIONS:  Breast carcinoma.

COMPARISON:   None.

FINDINGS:    The lung bases are clear.  Spiral contrasted images show a tiny low density 5.0 mm area in the right lobe of the liver posteriorly. This may be a tiny cyst with volume averaging; however it is indeterminate by CT criteria.  No other liver lesions are appreciated.   The spleen, adrenals, pancreas, and kidneys are normal.  I see no periaortic adenopathy and there is no free fluid or free air in the abdomen.

IMPRESSION:   5.0 mm low density area in the right lobe of the liver posteriorly.  This is indeterminate by CT criteria and may represent a cyst with volume averaging or a solitary metastasis.  This is not amenable to percutaneous biopsy. Otherwise, negative CT of the abdomen with contrast.

TECHNOLOGIST: VKP

D:  07/14/1998
T:  07/14/1998 19:12
BY: GRW
DICTATED BY:
                  JOSE E PICAZA, MD

  GRW



**JOHNSON CITY MEDICAL CENTER HOSPITAL, INC.**
**400 STATE OF FRANKLIN ROAD, JOHNSON CITY, TN 37604-6094**
**DIAGNOSTIC IMAGING**

**ORDERING PHYSICIAN:**
  TABOR, DAVID C
  310 ST. OF FRANKLIN,

  JOHNSON CITY, TN

**ATTENDING PHYSICIAN:**
  TABOR, DAVID C
  310 ST. OF FRANKLIN,

  JOHNSON CITY, TN
**CC PHYSICIAN:**

**PATIENT:** TRIBBLE, WANDA R
**MR #:**    13715
**PT #:**    30695028
**DOB:**     09/26/1940
**SEX:**     F
**STATUS:**  A
**CLASS:**   O
**RM/BED:**

***** F I N A L   R E S U L T *****

**PROCEDURE:**   NUC BONE SCAN

**DATE:** 07/13/1998    **RMS ORDER NO:**  90008   **CPT4 CODE:** 78306

**INDICATIONS:**  BREAST CANCER

**COMPARISON:**   NONE

**FINDINGS:**   The study was performed with 25 millicuries of Technetium 99M-HDP. There is normal uptake seen throughout the skeleton with no evidence of metastatic bone disease or other osseous abnormalities.

**IMPRESSION:**   Normal bone scan.


**TECHNOLOGIST:** CLS


D:  7-13-98
T:  07/14/1998 09:45
BY: EAG
DICTATED BY:                      SUE Y CHUNG, MD


  EAG

ELECTRONICALLY SIGNED

**Page 1 of 1**         ORDERING DOCTOR COPY 11:30 AM

# AUTHORIZATION FOR DISCLOSURE OF HEALTH INFORMATION

**PATIENT:**

Wanda R. Stubble    Maiden    9-26-1940
Name of Patient/Previous Names                    Birth Date/Medical Record Number

2809 Harding Ave.                    Johnson City, Tn 37604
Street Address                    City, State, Zip

## AUTHORIZES RELEASE OF PROTECTED HEALTH INFORMATION

From: Dr. Saint    926-0716    to: ETSU. Cancer Center
Name of Health Care Provider/Plan/Other    Name of Health Care Provider/Plan/Other

North State of Franklin    north State of Franklin
Street Address    Street Address

Johnson City, Tn 37604    Johnson City, Tn 37604
City, State, Zip Code    City, State, Zip Code

### INFORMATION TO BE RELEASED:

___ Medical History, Examination, Reports          ___ Surgical Reports                    ___ Immunizations
___ Treatment or Tests                              ___ Hospital Records Including Reports  ___ X-ray Reports
___ Allergy Records                                 ___ Laboratory Reports                  ___ Prescriptions
___ Consultations                                   ✓ Entire Record
___ Other (Specify): _____

For the reasons below which require special permission to release otherwise privileged information, please release records pertaining to:

___ Mental Health                    ___ Developmental Disabilities          ___ Alcoholism
___ HIV (AIDS)                       ___ Sexually Transmitted Disease        ___ Drug Abuse
___ Other (Specify): ___ Md

For the Following Date(s): _____

### PURPOSE FOR NEED OF DISCLOSURE:  (Check applicable categories)

___ Further Medical Care             ___ Legal Investigation or Action       ___ Personal
___ Insurance Eligibility/Benefits   ✓ Changing Physicians
___ Other (Specify): _____

I understand that if the person(s) and/or organization(s) listed above are not health care providers, health plans or health care clearinghouses, who must follow the federal privacy standards, the health information disclosed as a result of this authorization may no longer be protected by the federal privacy standards and my health information may be redisclosed without obtaining my authorization.

### YOUR RIGHTS WITH RESPECT TO THIS AUTHORIZATION:

Right to Inspect or Copy the Health Information to Be Used or Disclosed – I understand that I have the right to inspect or copy the health information I have authorized to be used or disclosed by this authorization form. I may arrange to inspect my health information or obtain copies of my health information by contacting ___. Right to Receive Copy of This Authorization – I understand that if I agree to sign this authorization, which I am not required to do, I must be provided with a signed copy of the form. Right to Refuse to Sign This Authorization – I understand that I am under no obligation to sign this form and that the person(s) and/or organization(s) listed above who I am authorizing to use and/or disclose my information may not condition treatment, payment, enrollment in a health plan or eligibility for health care benefits on my decision to sign this authorization. Right to Withdraw This Authorization – I understand written notification is necessary to cancel this authorization. To obtain information on how to withdraw my authorization or to receive a copy of my withdrawal, I may contact: ___. I am aware that my withdrawal will not be effective as to uses and/or disclosures of my health information that the person(s) and or organization(s) listed above have already made in reference to this authorization.

**EXPIRATION DATE:**  This authorization is good until the following date(s): _____ or for one year from the date signed.

I have had an opportunity to review and understand the content of this authorization form. By signing this authorization, I am confirming that it accurately reflects my wishes.

SIGNATURE PATIENT/LEGAL REP: Wanda R. Stubble    DATE: 2-26-09
(If signed by other than patient, state relationship and authority to do so.)

WITNESS: _____

HIP MR 015 A  Authorization for Release of PHI                    Page 5 of 5





# McLEOD
## Cancer & Blood Center
East Tennessee Hematology-Oncology, P.C.

William R. Kincaid,
M.D., F.A.C.P.

Ray Lamb
M.D., F.A.C.P.

Charles O. Famoyin,
M.D., M.B.A.

Suzanne Rogers
MSN, FNP

January 28, 2009

Frank Johnson, M.D.
301 Med Tech Pkwy
Johnson City, TN 37604

Re: Wanda Tribble

Dear Frank,

I write in follow up of Ms. Tribble, date of birth 9/26/40. Patient with a history of metachronous breast cancer, on Aromasin, who had a bone density in August of 2007, with a T score on her hip of -2 and T score on her spine of -.6. She currently is on Aromasin which puts her at risk and has the osteopenia, on calcium and Vitamin D. It probably would be wise to repeat a bone density on this lady as people who are on treatment can be repeated annually. To avoid duplication, I am going to have it done through your office instead of mine.

As always, it is a pleasure working with you in the management of patients.

Warmest regards.

Sincerely,

Ray Lamb, M.D., F.A.C.P.

RL:ls

JOHNSON CITY
310 N. State of Franklin Road
Suite 401
Johnson City, Tennessee 37604.
(423) 926-3611
1-800-444-3601
Fax (423) 926-0716

www.mcleodcbc.com



# McLeod Cancer & Blood Center
## 310 State of Franklin Road, Suite 410
## Johnson City, TN 37604

| Patient: | Tribble, Wanda | Facility ID: | | | |
|---|---|---|---|---|---|
| Birth Date: | 9/26/1940   66.8 years | Referring Physician: | Lamb | | |
| Height / Weight: | 61.0 in.   100.0 lbs. | Measured: | 8/8/2007 | 1:13:42 PM | (11.30) |
| Sex / Ethnic: | Female   White | Analyzed: | 8/8/2007 | 1:13:43 PM | (11.30) |

Left Femur Bone Density





| Region | BMD[1] (g/cm²) | Young-Adult[2] T-Score | Age-Matched[3] Z-Score |
|---|---|---|---|
| Total | 0.759 | -2.0 | -0.2 |

COMMENTS:

Image not for diagnosis

Printed: 8/8/2007 1:13:52 PM (11.30)76:3.00:50.00:12.0 0.00:10.56
0.60x1.05 14.5:%Fat=20.0%
0.00:0.00 0.00:0.00
Neck Angle (deg)= 52
Filename: gvvgmjb4p.dff
Scan Mode: Standard   37.0 µGy

1 - Statistically 68% of repeat scans fall within 1SD (± 0.012 g/cm² for Left Femur Total)
2 - NHANES (ages 20-30) / USA (ages 20-40) Femur Reference Population (v110)
3 - Matched for Age, Weight (females 25-100 kg), Ethnic

GE Healthcare

Lunar Prodigy
DF+14425

# McLeod Cancer & Blood Center
### 310 State of Franklin Road, Suite 410
### Johnson City, TN 37604

| | | | | | |
|---|---|---|---|---|---|
| **Patient:** | Tribble, Wanda | | **Facility ID:** | | |
| **Birth Date:** | 9/26/1940  66.8 years | | **Referring Physician:** | Lamb | |
| **Height / Weight:** | 61.0 in.  100.0 lbs. | | **Measured:** | 8/8/2007 | 1:13:42 PM  (11.30) |
| **Sex / Ethnic:** | Female   White | | **Analyzed:** | 8/8/2007 | 1:13:43 PM  (11.30) |

## ANCILLARY RESULTS [Left Femur]

| Region | BMD [1] (g/cm²) | Young-Adult [2] (%) T-Score | | Age-Matched [3] (%) Z-Score | | BMC (g) | Area (cm²) |
|---|---|---|---|---|---|---|---|
| Neck | 0.787 | 76 | -1.8 | 103 | 0.2 | 3.21 | 4.08 |
| Wards | 0.587 | 64 | -2.5 | 101 | 0.0 | 1.09 | 1.85 |
| Troch | 0.465 | 55 | -3.4 | 71 | -1.6 | 3.50 | 7.54 |
| Shaft | 0.921 | - | - | - | - | 11.89 | 12.91 |
| Total | 0.759 | 75 | -2.0 | 96 | -0.2 | 18.61 | 24.53 |

1 -Statistically 68% of repeat scans fall within 1SD (± 0.012 g/cm² for Left Femur Total)
2 -NHANES (ages 20-30) / USA (ages 20-40) Femur Reference Population (v110)
3 -Matched for Age, Weight (females 25-100 kg), Ethnic
   Filename: gvvgmjb4p.dff

GE Healthcare

Lunar Prodigy