IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

NORTHEASTERN DIVISION

Ernest Lane Tribble

PLAINTIFF

Vs                                                                                              Civ No. 2:12-cv-00279

Dr. William R. Kincaid AND

McLeod Cancer and Blood Center,

East Tennessee Hematology-Oncology, PC

DEFENDANTS

## AFFIDAVIT

Karen Tribble, being first duly sworn, makes oath as follows:

1. I am the same Karen Tribble who testified on September 17, 2012, in this case.

2. I initially testified that Dr. Kincaid had seen Wanda Tribble in 2011, but then I let myself be led into saying the last time he saw her was 2009.

3. He saw her in the winter of 2011-2012, and by this affidavit, I am correcting my testimony. I am willing to be further questioned by Mr. Herndon.

Further the affiant sayeth not.

s/ Karen Tribble
_____
Karen Tribble

State of Tennessee
County of Sullivan

Personally appeared before me, a Notary Public, Karen Tribble, who signed the foregoing Affidavit and made oath that the allegations contained therein are true in substance and in fact.

This 17th day of September, 2012.

/s/ Karen R. Carty
Notary Public

KAREN R. CARTY
STATE OF TENNESSEE
NOTARY PUBLIC
SULLIVAN COUNTY
My Commission Expires: 7/8/14