IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

Ernest Lane Tribble
PLAINTIFF

Vs  Civ No. 2:12-cv-00279

Dr. William R. Kincaid AND
McLeod Cancer and Blood Center,
East Tennessee Hematology-Oncology, PC

DEFENDANTS

## AFFIDAVIT

Martina Stevens, being first duly sworn, makes oath as follows:

1. Until August 31, I worked in the medical records department maintained for Johnson City Medical Center, McLeod Cancer Clinic, and others.

2. I got to know Wendal Jackson because of his frequent trips to my office to examine or obtain copies of records. I was so impressed with his conscientiousness that I employed him as my lawyer in a major case in Kentucky.

3. I remember him coming there twice to get the records for Wanda Tribble. He paid for the entire chart the first time he was there, but had time only to wait for the medicines records. He did, however, look at the summaries prepared by the doctors. He later obtained copies of all the records.

Further the affiant sayeth not.

_/s/ Martina Stevens_
Martina Stevens

State of Tennessee
County of Washington

    Personally appeared before me, a Notary Public, Martina Stevens, who signed the foregoing Affidavit and made oath that the allegations contained therein are true in substance and in fact.

This 19th day of September, 2012.

_Karen R. Carty_
Notary Public

[Notary Seal: KAREN R. CARTY, STATE OF TENNESSEE NOTARY PUBLIC, SULLIVAN COUNTY]
My Commission Expires: 7/8/14