UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE


ERNEST LANE TRIBBLE,                    )
      Plaintiff,                    )
                                        )
v.                                      )                NO.2:12-CV-279
                                        )
DR. WILLIAM R. KINCAID, *ET AL.,*       )
      Defendants.                  )


# O R D E R

     This medical malpractice case was closed by order of the Court on February 8, 2013. Now

before the Court is a petition filed by plaintiff which makes various unsubstantiated allegations

against defense counsel, including that he is "guilty of criminal contempt and should be sanctioned

and punished" because counsel "knowingly made various misrepresentations to the Court and

suborned perjured testimony." It is clearly settled that Federal Rule of Civil Procedure 12(f)

permits a court to "order stricken from any pleading any insufficient defense or any redundant,

immaterial, impertinent, or scandalous matter." The court may strike portions of the pleading acting

on its own initiative or "on a motion made by a party ... before responding to the pleading." *Id.*

Courts are given considerable discretion in deciding whether to strike portions of pleadings under

Rule 12(f). *Thompson v. Hartford Life And Acc. Ins. Co.,* 270 F.R.D. 277, 279 (W.D.Ky. 2010).

Courts have generally decided to strike portions of a pleading for being impertinent or scandalous

only where the language is extreme or offensive. *Id.*

     The Court FINDS that the language used in this petition is scandalous and extreme.

Accordingly, it is hereby **ORDERED** that this petition, [Doc. 26], is **STRICKEN** from the record.

Inasmuch, as the petition has been stricken, the response to that petition is also **ORDERED** stricken. [Doc. 27]. Furthermore, plaintiff's counsel has attempted ex parte communications with the Court about this matter. Such contact is improper and plaintiff's counsel is admonished that he cannot engage in such conduct and should **<u>never</u>** forward a copy of correspondence with opposing counsel to the Court.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE
